IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAYSON CRAWFORD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:16-CV-2402-B |
| | § | |
| METROPOLITAN LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF JAYSON CRAWFORD'S APPENDIX IN SUPPORT OF HIS RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

| APP. NO. | DESCRIPTION |
|---|---|
| 1-2 | Declaration of Jessica Taylor |
| 3-114 | Exhibit A: Portions of MetLife's claim file regarding the claim for benefits made by Jayson Crawford |
| 115-260 | Exhibit B: Southwest Airlines Summary Plan Description Effective January 1, 2013. |

        Respectfully submitted,

        **THE LAW OFFICE OF JESSICA TAYLOR**
        14100 San Pedro, Suite 602
        San Antonio, TX 78232
        (210) 402-4022 (Telephone)
        (210) 402-1225 (Facsimile)

        By: */s/ Jessica Taylor*
           JESSICA TAYLOR
           Texas State Bar No. 24013546
           jessica@jtaylorlaw.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of this document was filed electronically with the Court, with notice of case activity to be generated and sent electronically by the Clerk of the Court with ECF notice being sent on this 6th day of July, 2017.

                                          */s/ Jessica Taylor*
                                          Jessica Taylor