

To help you through what can be a very difficult, emotional, and confusing time, we created a settlement option, the Total Control Account® (TCA), to give you the time you need to best decide how to use your insurance or annuity proceeds. The TCA is an insurance settlement option, which is a method of paying insurance or annuity benefits in full.

If the amount of proceeds payable to you is $5,000 or more, a TCA will usually be established in your name once your claim is approved. You will receive a personalized "draft book" and a kit that includes a Customer Agreement and gives you additional information regarding your Account. By using one of your personalized "drafts," you can draw on your TCA for the entire amount at any time. Information regarding other settlement options available, including a single check, will also be provided.

While your money is in a TCA, it is guaranteed by MetLife. You can access all or part of the insurance proceeds at any time, simply by using a draft (minimum $250). You are not charged for drafts, there are no monthly maintenance fees, and there are no penalties for withdrawing all or part of your TCA balance. All guarantees are subject to the financial strength and claims-paying ability of MetLife.

We hope that you will rest a little easier knowing that your TCA is guaranteed, earning interest at rates responsive to current market conditions, and accessible to you when you need it, giving you time to make financial decisions that are right for you. Please read the additional information regarding the TCA on the following pages.

If you have further questions about this claim, please call our toll-free Customer Service Center 1-800-638-6420.

L0714382062[exp1215][All States]

**MET/CRAWFORD 00764**

**APP.051**

MET/CRAWFORD 00765

APP.052

## Total Control Account Features

### The Total Control Account® (TCA) Settlement Option Provides. . .

### INTEREST

- Your TCA earns interest from the date it is established. MetLife sets the TCA rates weekly. Changes in the interest rate will be applied prospectively. The interest credited to your TCA will never fall below the effective annual yield guaranteed in your Customer Agreement, and will equal or exceed the rate established by at least one of the following indices: the prior week's Money Fund Report Averages™/Government 7-Day Simple Yield or the Bank Rate Monitor ™ National Money Market Rate Index.
- Interest is compounded daily and credited monthly to your TCA. (Generally, the interest you are paid will be subject to income tax. You should consult your own advisors about your particular tax liabilities and investment options.)

### IMMEDIATE ACCESS TO FUNDS AND FLEXIBILITY

- The assets backing your TCA funds are maintained in the general account of MetLife or the MetLife insurance company affiliate that issued the underlying policy (the "Issuing Insurance Company").
- **You may withdraw all or part of your TCA balance immediately** or at any time you wish, without penalty or loss of interest, by writing a draft to yourself. You can write drafts from a minimum amount of $250 up to the full amount, including interest, in your TCA at any time.
- There are no limits on the number of drafts you can write each month. The drafts MetLife provides to Accountholders can be used like checks and are generally accepted by merchants and financial institutions that accept checks. As with any check or draft, allow time for processing through your bank.
- You can name a beneficiary to receive your TCA balance in case something happens to you.
- **If you do not want a TCA, you may request a check for the total benefits by writing "check" beneath your signature on the attached claim form. A check will also be issued to you if required by state law, regulation or direction.**
- The obligation of Metropolitan Life Insurance Company (MetLife) or the Issuing Insurance Company to pay the total benefit or proceeds is satisfied by the delivery of your TCA draftbook.

### NO MONTHLY MAINTENANCE FEES

- There are no monthly maintenance fees for your TCA, and no charges for withdrawals or drafts.
- There are no monthly service or transaction charges, and no charge for printing or reordering drafts.

You may be charged a fee for special services or overdrawn TCA. The fee will be withdrawn from your TCA. The current special service fees and overdraft fees are: draft copy $2; stop payment $10; overdrawn TCA $15; wire transfer $10. In accordance with your TCA Customer Agreement, special service fees or fees for overdrawn TCAs are subject to change by the processing bank. MetLife may charge you a fee if you request overnight delivery service. The current fee for overnight delivery service is $25.00.

### TCA SERVICES

- MetLife sends you a quarterly statement regarding Account balances and activity.
- Statements are also sent monthly if there has been withdrawal activity in the Account.
- Dedicated Service Representatives are within easy reach to answer any questions you may have about your TCA, **including interest rates, by calling Customer Service at 1-800-638-7283. Callers with a TDD may call 800-229-3037. You may also write to MetLife, P.O. Box 6100, Scranton, PA 18505-6100, Attn: TCA.**

L0714382062[exp1215][All States]

MET/CRAWFORD 00766

## TIME TO DECIDE

- Your rights to elect other available settlement options are preserved. As long as your TCA balance has not dropped below $2,500, you may place some or all of your TCA balance in any other settlement option that is available to you, subject to that option's minimum dollar requirement.
- Group policy settlement options include a check, TCA, or a Guaranteed Interest Certificate (GIC). A GIC may be available after your TCA is established. The amount applied will earn interest at a set rate for the period you select, compounded monthly. Interest penalty applies for early withdrawals.
- If you transfer your TCA balance into another settlement option, bear in mind that this will be a new, separate arrangement. For more information about options available to you, call your assigned financial services representative, if any, or call 1-800-638-7283. Callers with a TDD may call 1-800-229-3037.

## More Useful Information about the Total Control Account...

- Unless the insured pre-selected an alternative settlement option, payment is usually made by a single check for the total proceeds if the proceeds payable are less than $5,000; the claimant resides in a foreign country; or the claimant is a corporation or similar entity.
- If payment may not be made through the establishment of a TCA, more information will be provided to the claimant as the claim is processed.
- TCAs which become abandoned property as defined by applicable law will be escheated to the appropriate state. This means that if we are unable to contact you after a certain period of inactivity on your TCA (typically three years, but may vary by state), we must close your TCA and pay the funds over to the appropriate state. The funds are still yours, but you must seek them from the state authority or state agency which holds them.
- MetLife may limit or suspend access to TCA funds in the event of overpayment, suspected fraud or other situations where entitlement to the funds is in question.
- Recordkeeping and Draft clearing services for your TCA are provided by The Bank of New York Mellon, 701 Market Street, Philadelphia, PA 19106, pursuant to an administrative agreement.
- The assets backing your TCA are maintained in the general account of MetLife or the Issuing Insurance Company. They are not maintained by The Bank of New York Mellon, which provides administrative services, or any bank or other institution. These general accounts are subject to the creditors of MetLife or the respective Issuing Insurance Company. MetLife or the Issuing Insurance Company bears the investment experience of such assets and expects to earn income sufficient to pay interest to TCA Accountholders and to provide a profit on the operation of the TCAs. Regardless of the investment experience of such assets, the effective annual yield on your Account will not be less than the rate guaranteed in your Customer Agreement. Currently TCAs established from group policies have a guaranteed minimum effective annual yield of .5%. The guaranteed minimum effective annual yield may be more or less at the time your TCA is established. **You may call 1-800-638-7283 for more information on current interest rates. Callers with a TDD may call 1-800-229-3037.**
- The TCA is not insured by the Federal Deposit Insurance Corporation or any government agency. However, the entire amount of your TCA, including all interest credited to your TCA, is fully guaranteed by the financial strength and claims paying ability of MetLife or the respective Issuing Insurance Company. **FOR FURTHER INFORMATION, PLEASE CONTACT YOUR STATE DEPARTMENT OF INSURANCE.**
- The Issuing Insurance Company's guaranty is further backed by your respective state insurance guaranty association. Maximum limits vary from state to state and may change over time. Contact the National Organization of Life and Health Insurance Guaranty Associations (www.NOLHGA.com or 1-703-481-5206) to learn more.

Total Control Account® is a registered service mark of Metropolitan Life Insurance Company.

L0714382062[exp1215][All States]

**MET/CRAWFORD 00767**

**APP.054**

## Life Insurance Claim Form Claimant's Statement

## FRAUD WARNINGS

Before signing this claim form, please read the warning for the state where you reside and for the state where the insurance policy under which you are claiming a benefit was issued.

**Alaska:** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona:** For your protection, Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of loss is subject to criminal and civil penalties.

**Arkansas, District of Columbia, Louisiana, Massachusetts, Minnesota, New Mexico, Ohio, Rhode Island and West Virginia:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California:** For your protection, California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado:** It is unlawful to knowingly provide false, incomplete or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware, Idaho, Indiana and Oklahoma:** WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Florida:** A person who knowingly and with intent to injure, defraud or deceive any insurance company files a statement of claim or an application containing false, incomplete or misleading information is guilty of a felony of the third degree.

**Kentucky:** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine, Tennessee, Virginia and Washington:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland:** Any person who knowingly and willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly and willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**New Hampshire:** A person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud as provided in RSA 638:20.

**New Jersey:** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**Oregon and Vermont:** Any person who knowingly presents a false statement of claim for insurance may be guilty of a criminal offense and subject to penalties under state law.

**Puerto Rico:** Any person who knowingly and with the intention to defraud includes false information in an application for insurance or files, assists or abets in the filing of a fraudulent claim to obtain payment of a loss or other benefit, or files more than one claim for the same loss or damage, commits a felony and if found guilty shall be punished for each violation with a fine of no less than five thousand dollars ($5,000), not to exceed ten thousand dollars ($10,000); or imprisoned for a fixed term of three (3) years, or both. If aggravating circumstances exist, the fixed jail term may be increased to a maximum of five (5) years; and if mitigating circumstances are present, the jail term may be reduced to a minimum of two (2) years.

**Texas:** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Pennsylvania and all other states:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

MET/CRAWFORD 00768

APP.055

MET/CRAWFORD 00769

APP.056

# MetLife®

Group Life Claims
P.O. Box 6100
Scranton, PA 18505-6100
1-800-638-6420

## Life Insurance Claim Form
## Claimant's Statement

Claim #21412010327
For MetLife Use Only

Insured's Employer Name: _____

Insured Employee - First Name _____ Middle Name _____ Last Name _____

In order to process your claim as quickly as possible we need some information about you and about the deceased. Each beneficiary must submit his or her own Claimant's Statement. Return this completed Claimant's Statement to the Employer or directly to MetLife, in accordance with the instructions you received with this form. Be sure to include a certified copy of the death certificate that indicates the cause and manner of death. A certified copy of the death certificate is one that has been certified by the local Bureau of Vital Statistics or other responsible agency, and bears a raised or colored seal. You can usually obtain one from the funeral director who handled the arrangements. Only one death certificate need be submitted. Please note that original documents cannot be returned.

**Additional Information if Beneficiary is a Minor:**
If no legal guardian is appointed to handle the minor's estate, a responsible adult should complete and sign the Claimant's Statement on behalf of the minor beneficiary. Be sure to complete Section A with information regarding the minor, not the party completing the form. If a legal guardian of the minor child's estate has been or will be appointed, the guardian must complete and sign the Claimant's Statement. Be sure to include a copy of court-issued guardianship papers in the claim submission to MetLife.

## A. Information about the beneficiary

**1.** Your Name - First (please print in capital letters or type)   Middle Initial   Last

Maiden Name (if applicable)       **2.** Social Security No./TIN       **3.** Date of Birth   ☐ Male ☐ Female

**4.** Country of Citizenship    **5.** Day Phone Number    Evening Phone Number    **6.** Fax Number (optional)

**7.** Mailing Address - Number, Street, Apt./Box No. (if any)   City   State   Zip

**8.** Relationship to the deceased – You are the   ☐ Spouse ☐ Parent ☐ Child ☐ Other – Explain _____

**9.** If you have signed a document with a funeral home (a funeral home assignment) that authorizes MetLife to make a payment directly to it, please attach the document and check here ☐

## B. Information about the deceased

**1.** His/Her Name - First   Middle Initial   Last

Maiden Name (if applicable)

**2.** Residence Address - Number, Street, Apt./Box No. (if any)   City   State   Zip

**3.** Marital Status ☐ Single ☐ Married ☐ Divorced ☐ Separated ☐ Widow/Widower   **4.** Date of Birth   **5.** Social Security No.

**6.** Certified copy of death certificate is ☐ attached (or was previously submitted) ☐ not attached. If not attached, please explain _____

**7.** If the decedent also held an individual life insurance policy with MetLife, please provide the policy number: _____ or call 1-800-638-5000 for information.

CS-GL-FORM-A          Page 1 of 2          (04/13) Fs

**MET/CRAWFORD 00770**

**APP 057**

MET/CRAWFORD 00771

| Insured Employee - First Name | Middle Name | Last Name |
|---|---|---|
| | | |

## C. Total Control Account (TCA)

Our standard payment method is in the form of a **Total Control Account**. A personalized draftbook and a kit that includes information about your TCA will be sent to you if an Account is established. Your TCA will be guaranteed by MetLife and your TCA will be accessible to you when you need it. A check will be issued to you if required by state law, regulation or direction.

## D. Certifications and Signature

By signing below, I acknowledge:

1. All information I have given is true and complete to the best of my knowledge and belief.

2. That any contributions owed by the insured will be deducted from the insurance proceeds paid to me.

3. MetLife has the right to recover any amounts that it determines to be an overpayment. An overpayment occurs if MetLife determines that: (a) the total amount paid by MetLife on your claim is more than the total amount of benefits due to you under the benefit plan/insurance certificate; or (b) MetLife made payment to you when the payment should have been made to someone else. In case of an overpayment, I agree to repay MetLife the specifically overpaid funds. I further understand that if an overpayment is not repaid, MetLife reserves the right to rely on any means to recover the overpayment, including institution of litigation.

4. I have read the applicable Fraud Warning(s) provided in this form. **New York Residents:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Under penalty of perjury, I certify:**

1. **That the number shown on this form is my correct taxpayer identification number; and**

2. **That I am not subject to IRS required backup withholding as a result of failure to report all interest or dividend income; and**

3. **I am a U.S. citizen, or a U.S. resident for tax purposes.**

   *Please note: If item 2 or 3 above is not true, cross out the applicable item(s).*

The IRS does not require your consent to any provision of this document other than the certification to avoid backup withholding.

**Please sign** below include first and last name. If you are receiving a Total Control Account, this signature will be placed on file with your Account. If Beneficiary is a minor, the legal guardian or adult submitting this form must sign, not the minor.

Claimant Signature                                    Date Signed

►_____               _____

**MET/CRAWFORD 00772**

**APP.059**

MET/CRAWFORD 00773

# MetLife

**Metropolitan Life Insurance Company**

**Group Life Claims**
**PO Box 6100**
**Scranton, PA 18505**

February 25, 2015

COOPER T BURNETT
10243 CATLETT LN C/O MANDY BURNETT
LA PORTE, TX  77571

RE:   Insured:  Tracy Crawford
        Group No:  0149670
        Claim No.  21412010327

Dear  Cooper T Burnett:

We wish to extend our sympathies to you due to your loss.  This is a follow up letter to our first correspondence dated January 26, 2015.  We still have had no response.

In order for us to continue reviewing this claim, we request that you please forward the following documentation and/or requested information to this office.  Please do not submit original documents unless expressly directed to – original documents will not be returned:

➢   A Certified Death Certificate for TRACY CRAWFORD, with a raised or colored seal, indicating the cause and/or manner of death.

➢   Complete the enclosed Claimant's Statement, sign and date the form.

Because the required information is necessary to further review your claim, we may need up to an additional 90 days to complete our determination.  If the documentation is not received, MetLife must place the proceeds into a Liability (or holding) Account.  The proceeds will remain there until the necessary documents are provided or the proceeds may ultimately need to be escheated to the appropriate state.

If you have any questions, please contact our office at 800-638-6420 prompt 2.

Sincerely

Group Life Claims Operations
BGP02

**MET/CRAWFORD 00774**

**APP.061**

MET/CRAWFORD 00775

APP.062



To help you through what can be a very difficult, emotional, and confusing time, we created a settlement option, the Total Control Account® (TCA), to give you the time you need to best decide how to use your insurance or annuity proceeds. The TCA is an insurance settlement option, which is a method of paying insurance or annuity benefits in full.

If the amount of proceeds payable to you is $5,000 or more, a TCA will usually be established in your name once your claim is approved. You will receive a personalized "draft book" and a kit that includes a Customer Agreement and gives you additional information regarding your Account. By using one of your personalized "drafts," you can draw on your TCA for the entire amount at any time. Information regarding other settlement options available, including a single check, will also be provided.

While your money is in a TCA, it is guaranteed by MetLife. You can access all or part of the insurance proceeds at any time, simply by using a draft (minimum $250). You are not charged for drafts, there are no monthly maintenance fees, and there are no penalties for withdrawing all or part of your TCA balance. All guarantees are subject to the financial strength and claims-paying ability of MetLife.

We hope that you will rest a little easier knowing that your TCA is guaranteed, earning interest at rates responsive to current market conditions, and accessible to you when you need it, giving you time to make financial decisions that are right for you. Please read the additional information regarding the TCA on the following pages.

If you have further questions about this claim, please call our toll-free Customer Service Center 1-800-638-6420.

L0714382062[exp1215][All States]

MET/CRAWFORD 00777

APP.064

## Total Control Account Features

### The Total Control Account® (TCA) Settlement Option Provides. . .

### INTEREST

- Your TCA earns interest from the date it is established. MetLife sets the TCA rates weekly. Changes in the interest rate will be applied prospectively. The interest credited to your TCA will never fall below the effective annual yield guaranteed in your Customer Agreement, and will equal or exceed the rate established by at least one of the following indices: the prior week's Money Fund Report Averages™/Government 7-Day Simple Yield or the Bank Rate Monitor ™ National Money Market Rate Index.
- Interest is compounded daily and credited monthly to your TCA. (Generally, the interest you are paid will be subject to income tax. You should consult your own advisors about your particular tax liabilities and investment options.)

### IMMEDIATE ACCESS TO FUNDS AND FLEXIBILITY

- The assets backing your TCA funds are maintained in the general account of MetLife or the MetLife insurance company affiliate that issued the underlying policy (the "Issuing Insurance Company").
- **You may withdraw all or part of your TCA balance immediately** or at any time you wish, without penalty or loss of interest, by writing a draft to yourself. You can write drafts from a minimum amount of $250 up to the full amount, including interest, in your TCA at any time.
- There are no limits on the number of drafts you can write each month. The drafts MetLife provides to Accountholders can be used like checks and are generally accepted by merchants and financial institutions that accept checks. As with any check or draft, allow time for processing through your bank.
- You can name a beneficiary to receive your TCA balance in case something happens to you.
- **If you do not want a TCA, you may request a check for the total benefits by writing "check" beneath your signature on the attached claim form. A check will also be issued to you if required by state law, regulation or direction.**
- The obligation of Metropolitan Life Insurance Company (MetLife) or the Issuing Insurance Company to pay the total benefit or proceeds is satisfied by the delivery of your TCA draftbook.

### NO MONTHLY MAINTENANCE FEES

- There are no monthly maintenance fees for your TCA, and no charges for withdrawals or drafts.
- There are no monthly service or transaction charges, and no charge for printing or reordering drafts.

You may be charged a fee for special services or overdrawn TCA. The fee will be withdrawn from your TCA. The current special service fees and overdraft fees are: draft copy $2; stop payment $10; overdrawn TCA $15; wire transfer $10. In accordance with your TCA Customer Agreement, special service fees or fees for overdrawn TCAs are subject to change by the processing bank. MetLife may charge you a fee if you request overnight delivery service. The current fee for overnight delivery service is $25.00.

### TCA SERVICES

- MetLife sends you a quarterly statement regarding Account balances and activity.
- Statements are also sent monthly if there has been withdrawal activity in the Account.
- Dedicated Service Representatives are within easy reach to answer any questions you may have about your TCA, **including interest rates, by calling Customer Service at 1-800-638-7283. Callers with a TDD may call 800-229-3037. You may also write to MetLife, P.O. Box 6100, Scranton, PA 18505-6100, Attn: TCA.**

L0714382062[exp1215][All States]

MET/CRAWFORD 00778

**TIME TO DECIDE**
- Your rights to elect other available settlement options are preserved. As long as your TCA balance has not dropped below $2,500, you may place some or all of your TCA balance in any other settlement option that is available to you, subject to that option's minimum dollar requirement.
- Group policy settlement options include a check, TCA, or a Guaranteed Interest Certificate (GIC). A GIC may be available after your TCA is established. The amount applied will earn interest at a set rate for the period you select, compounded monthly. Interest penalty applies for early withdrawals.
- If you transfer your TCA balance into another settlement option, bear in mind that this will be a new, separate arrangement. For more information about options available to you, call your assigned financial services representative, if any, or call 1-800-638-7283. Callers with a TDD may call 1-800-229-3037.

**More Useful Information about the Total Control Account...**
- Unless the insured pre-selected an alternative settlement option, payment is usually made by a single check for the total proceeds if the proceeds payable are less than $5,000; the claimant resides in a foreign country; or the claimant is a corporation or similar entity.
- If payment may not be made through the establishment of a TCA, more information will be provided to the claimant as the claim is processed.
- TCAs which become abandoned property as defined by applicable law will be escheated to the appropriate state.  This means that if we are unable to contact you after a certain period of inactivity on your TCA (typically three years, but may vary by state), we must close your TCA and pay the funds over to the appropriate state.  The funds are still yours, but you must seek them from the state authority or state agency which holds them.
- MetLife may limit or suspend access to TCA funds in the event of overpayment, suspected fraud or other situations where entitlement to the funds is in question.
- Recordkeeping and Draft clearing services for your TCA are provided by The Bank of New York Mellon, 701 Market Street, Philadelphia, PA 19106, pursuant to an administrative agreement.
- The assets backing your TCA are maintained in the general account of MetLife or the Issuing Insurance Company. They are not maintained by The Bank of New York Mellon, which provides administrative services, or any bank or other institution. These general accounts are subject to the creditors of MetLife or the respective Issuing Insurance Company. MetLife or the Issuing Insurance Company bears the investment experience of such assets and expects to earn income sufficient to pay interest to TCA Accountholders and to provide a profit on the operation of the TCAs. Regardless of the investment experience of such assets, the effective annual yield on your Account will not be less than the rate guaranteed in your Customer Agreement. Currently TCAs established from group policies have a guaranteed minimum effective annual yield of .5%. The guaranteed minimum effective annual yield may be more or less at the time your TCA is established. **You may call 1-800-638-7283 for more information on current interest rates. Callers with a TDD may call 1-800-229-3037.**
- The TCA is not insured by the Federal Deposit Insurance Corporation or any government agency. However, the entire amount of your TCA, including all interest credited to your TCA, is fully guaranteed by the financial strength and claims paying ability of MetLife or the respective Issuing Insurance Company. **FOR FURTHER INFORMATION, PLEASE CONTACT YOUR STATE DEPARTMENT OF INSURANCE.**
- The Issuing Insurance Company's guaranty is further backed by your respective state insurance guaranty association.  Maximum limits vary from state to state and may change over time.  Contact the National Organization of Life and Health Insurance Guaranty Associations (www.NOLHGA.com or 1-703-481-5206) to learn more.

Total Control Account® is a registered service mark of Metropolitan Life Insurance Company.

L0714382062[exp1215][All States]

**MET/CRAWFORD 00779**

**Life Insurance Claim Form Claimant's Statement**

## FRAUD WARNINGS

Before signing this claim form, please read the warning for the state where you reside and for the state where the insurance policy under which you are claiming a benefit was issued.

**Alaska:** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona:** For your protection, Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of loss is subject to criminal and civil penalties.

**Arkansas, District of Columbia, Louisiana, Massachusetts, Minnesota, New Mexico, Ohio, Rhode Island and West Virginia:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California:** For your protection, California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado:** It is unlawful to knowingly provide false, incomplete or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware, Idaho, Indiana and Oklahoma:** WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Florida:** A person who knowingly and with intent to injure, defraud or deceive any insurance company files a statement of claim or an application containing false, incomplete or misleading information is guilty of a felony of the third degree.

**Kentucky:** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine, Tennessee, Virginia and Washington:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland:** Any person who knowingly and willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly and willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**New Hampshire:** A person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud as provided in RSA 638:20.

**New Jersey:** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**Oregon and Vermont:** Any person who knowingly presents a false statement of claim for insurance may be guilty of a criminal offense and subject to penalties under state law.

**Puerto Rico:** Any person who knowingly and with the intention to defraud includes false information in an application for insurance or files, assists or abets in the filing of a fraudulent claim to obtain payment of a loss or other benefit, or files more than one claim for the same loss or damage, commits a felony and if found guilty shall be punished for each violation with a fine of no less than five thousand dollars ($5,000), not to exceed ten thousand dollars ($10,000); or imprisoned for a fixed term of three (3) years, or both. If aggravating circumstances exist, the fixed jail term may be increased to a maximum of five (5) years; and if mitigating circumstances are present, the jail term may be reduced to a minimum of two (2) years.

**Texas:** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Pennsylvania and all other states:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

MET/CRAWFORD 00780

**APP.067**

# MetLife®

Group Life Claims
P.O. Box 6100
Scranton, PA 18505-6100
1-800-638-6420

## Life Insurance Claim Form
## Claimant's Statement

| Claim #21412010327 |
| --- |
| For MetLife Use Only |

Insured's Employer Name: _____

| Insured Employee - First Name | Middle Name | Last Name |
| --- | --- | --- |

In order to process your claim as quickly as possible we need some information about you and about the deceased. Each beneficiary must submit his or her own Claimant's Statement. Return this completed Claimant's Statement to the Employer or directly to MetLife, in accordance with the instructions you received with this form. Be sure to include a certified copy of the death certificate that indicates the cause and manner of death. A certified copy of the death certificate is one that has been certified by the local Bureau of Vital Statistics or other responsible agency, and bears a raised or colored seal. You can usually obtain one from the funeral director who handled the arrangements. Only one death certificate need be submitted. Please note that original documents cannot be returned.

**Additional Information if Beneficiary is a Minor:**
If no legal guardian is appointed to handle the minor's estate, a responsible adult should complete and sign the Claimant's Statement on behalf of the minor beneficiary. Be sure to complete Section A with information regarding the minor, not the party completing the form. If a legal guardian of the minor child's estate has been or will be appointed, the guardian must complete and sign the Claimant's Statement. Be sure to include a copy of court-issued guardianship papers in the claim submission to MetLife.

## A. Information about the beneficiary

**1.** Your Name – First (please print in capital letters or type)   Middle Initial   Last

Maiden Name (if applicable)   **2.** Social Security No./TIN   **3.** Date of Birth   ☐ Male  ☐ Female

**4.** Country of Citizenship   **5.** Day Phone Number   Evening Phone Number   **6.** Fax Number (optional)

**7.** Mailing Address – Number, Street, Apt./Box No. (if any)   City   State   Zip

**8.** Relationship to the deceased – You are the   ☐ Spouse  ☐ Parent  ☐ Child  ☐ Other - Explain _____

**9.** If you have signed a document with a funeral home (a funeral home assignment) that authorizes MetLife to make a payment directly to it, please attach the document and check here ☐

## B. Information about the deceased

**1.** His/Her Name – First   Middle Initial   Last

Maiden Name (if applicable)

**2.** Residence Address – Number, Street, Apt./Box No. (if any)   City   State   Zip

**3.** Marital Status  ☐ Single  ☐ Married  ☐ Divorced  ☐ Separated  ☐ Widow/Widower   **4.** Date of Birth   **5.** Social Security No.

**6.** Certified copy of death certificate is ☐ attached (or was previously submitted)
☐ not attached. If not attached, please explain _____

**7.** If the decedent also held an individual life insurance policy with MetLife, please provide the policy number: _____ or call 1-800-638-5000 for information.

CS-GL-FORM-A-ERS                     Page 1 of 2                     (04/13) Fs

**MET/CRAWFORD 00782**

**APP.069**

MET/CRAWFORD 00783

APP.070

| Insured Employee – First Name | Middle Name | Last Name |
|---|---|---|

## C. Total Control Account (TCA)

Our standard payment method is in the form of a **Total Control Account**. A personalized draftbook and a kit that includes information about your TCA will be sent to you if an Account is established. Your TCA will be guaranteed by MetLife and your TCA will be accessible to you when you need it. A check will be issued to you if required by state law, regulation or direction.

## D. Estate Resolution Service (ERS)

MetLife's group supplemental life insurance programs include MetLife Estate Resolution Services,[SM] which provides legal assistance (at no cost) to probate the estate of insured participants and their spouses/domestic partners. For more information regarding Estate Resolution Services and how to access the service, please read the enclosed document titled **MetLife Estate Resolution Services** [SM] **- Assistance in Probating the Estate of the Insured Participant and Spouse/Domestic Partner.**

## E. Certifications and Signature

By signing below, I acknowledge:

1. All information I have given is true and complete to the best of my knowledge and belief.
2. That any contributions owed by the insured will be deducted from the insurance proceeds paid to me.
3. MetLife has the right to recover any amounts that it determines to be an overpayment. An overpayment occurs if MetLife determines that: (a) the total amount paid by MetLife on your claim is more than the total amount of benefits due to you under the benefit plan/insurance certificate; or (b) MetLife made payment to you when the payment should have been made to someone else. In case of an overpayment, I agree to repay MetLife the specifically overpaid funds. I further understand that if an overpayment is not repaid, MetLife reserves the right to rely on any means to recover the overpayment, including institution of litigation.
4. I have read the applicable Fraud Warning(s) provided in this form. **New York Residents:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Under penalty of perjury, I certify:**

1. That the number shown on this form is my correct taxpayer identification number; and
2. That I am not subject to IRS required backup withholding as a result of failure to report all interest or dividend income; and
3. I am a U.S. citizen, or a U.S. resident for tax purposes.

*Please note: If item 2 or 3 above is not true, cross out the applicable item(s).*

The IRS does not require your consent to any provision of this document other than the certification to avoid backup withholding.

**Please sign below** include first and last name. If you are receiving a Total Control Account, this signature will be placed on file with your Account. If Beneficiary is a minor, the legal guardian or adult submitting this form must sign, not the minor.

Claimant Signature

Date Signed

► _____    _____

MET/CRAWFORD 00784

APP.071

# MetLife®

Metropolitan Life Insurance Company

**Group Life Claims**
**PO Box 6100**
**Scranton, PA 18505**

January 26, 2015

COOPER T BURNETT
10243 CATLETT LN C/O MANDY BURNETT
LA PORTE, TX 77571

RE:   Insured: Tracy Crawford
      Group No: 0149670
      Claim No. 21412010327

Dear Cooper T Burnett:

We are writing in regard to the above-referenced claim for Group Life insurance benefits. Please accept our sincere condolences at this time.

In order for us to continue reviewing this claim, we request that you please forward the following documentation and/or requested information to this office. Please do not submit original documents unless expressly directed to – original documents will not be returned:

> A Certified Death Certificate for TRACY CRAWFORD, with a raised or colored seal, indicating the cause and/or manner of death.

> Complete the enclosed Claimant's Statement, sign and date the form.

The required information is necessary to further review the claim. If it is not received, MetLife must place the proceeds into a Liability (or holding) Account. The proceeds will remain there until the necessary documents are provided or the proceeds may ultimately need to be escheated to the appropriate state.

If you have any questions, please contact our office at 800-638-6420 prompt 2.

Sincerely

Group Life Claims Operations

Enclosure
BGP01

**MET/CRAWFORD 00786**

**APP.072**

**MET/CRAWFORD 00787**



To help you through what can be a very difficult, emotional, and confusing time, we created a settlement option, the Total Control Account® (TCA), to give you the time you need to best decide how to use your insurance or annuity proceeds. The TCA is an insurance settlement option, which is a method of paying insurance or annuity benefits in full.

If the amount of proceeds payable to you is $5,000 or more, a TCA will usually be established in your name once your claim is approved. You will receive a personalized "draft book" and a kit that includes a Customer Agreement and gives you additional information regarding your Account. By using one of your personalized "drafts," you can draw on your TCA for the entire amount at any time. Information regarding other settlement options available, including a single check, will also be provided.

While your money is in a TCA, it is guaranteed by MetLife. You can access all or part of the insurance proceeds at any time, simply by using a draft (minimum $250). You are not charged for drafts, there are no monthly maintenance fees, and there are no penalties for withdrawing all or part of your TCA balance. All guarantees are subject to the financial strength and claims-paying ability of MetLife.

We hope that you will rest a little easier knowing that your TCA is guaranteed, earning interest at rates responsive to current market conditions, and accessible to you when you need it, giving you time to make financial decisions that are right for you. Please read the additional information regarding the TCA on the following pages.

If you have further questions about this claim, please call our toll-free Customer Service Center 1-800-638-6420.

L0714382062[exp1215][All States]

**MET/CRAWFORD 00788**

**APP.074**

**MET/CRAWFORD 00789**

APP.075

## Total Control Account Features

## The Total Control Account® (TCA) Settlement Option Provides. . .

### INTEREST

- Your TCA earns interest from the date it is established.  MetLife sets the TCA rates weekly. Changes in the interest rate will be applied prospectively.  The interest credited to your TCA will never fall below the effective annual yield guaranteed in your Customer Agreement, and will equal or exceed the rate established by at least one of the following indices: the prior week's Money Fund Report Averages™/Government 7-Day Simple Yield or the Bank Rate Monitor ™ National Money Market Rate Index.

- Interest is compounded daily and credited monthly to your TCA. (Generally, the interest you are paid will be subject to income tax. You should consult your own advisors about your particular tax liabilities and investment options.}

### IMMEDIATE ACCESS TO FUNDS AND FLEXIBILITY

- The assets backing your TCA funds are maintained in the general account of MetLife or the MetLife insurance company affiliate that issued the underlying policy (the "Issuing Insurance Company").

- **You may withdraw all or part of your TCA balance immediately** or at any time you wish, without penalty or loss of interest, by writing a draft to yourself.  You can write drafts from a minimum amount of $250 up to the full amount, including interest, in your TCA at any time.

- There are no limits on the number of drafts you can write each month. The drafts MetLife provides to Accountholders can be used like checks and are generally accepted by merchants and financial institutions that accept checks.  As with any check or draft, allow time for processing through your bank.

- You can name a beneficiary to receive your TCA balance in case something happens to you.

- **If you do not want a TCA, you may request a check for the total benefits by writing "check" beneath your signature on the attached claim form.  A check will also be issued to you if required by state law, regulation or direction.**

- The obligation of Metropolitan Life Insurance Company (MetLife) or the Issuing Insurance Company to pay the total benefit or proceeds is satisfied by the delivery of your TCA draftbook.

### NO MONTHLY MAINTENANCE FEES

- There are no monthly maintenance fees for your TCA, and no charges for withdrawals or drafts.

- There are no monthly service or transaction charges, and no charge for printing or reordering drafts.

You may be charged a fee for special services or overdrawn TCA.  The fee will be withdrawn from your TCA.  The current special service fees and overdraft fees are:  draft copy $2; stop payment $10; overdrawn TCA $15; wire transfer $10.  In accordance with your TCA Customer Agreement, special service fees or fees for overdrawn TCAs are subject to change by the processing bank.  MetLife may charge you a fee if you request overnight delivery service.  The current fee for overnight delivery service is $25.00.

### TCA SERVICES

- MetLife sends you a quarterly statement regarding Account balances and activity.

- Statements are also sent monthly if there has been withdrawal activity in the Account.

- Dedicated Service Representatives are within easy reach to answer any questions you may have about your TCA, **including interest rates, by calling Customer Service at 1-800-638-7283. Callers with a TDD may call 800-229-3037.  You may also write to MetLife, P.O. Box 6100, Scranton, PA 18505-6100, Attn: TCA.**

L0714382062[exp1215][All States]

MET/CRAWFORD 00790

**TIME TO DECIDE**

- Your rights to elect other available settlement options are preserved. As long as your TCA balance has not dropped below $2,500, you may place some or all of your TCA balance in any other settlement option that is available to you, subject to that option's minimum dollar requirement.
- Group policy settlement options include a check, TCA, or a Guaranteed Interest Certificate (GIC). A GIC may be available after your TCA is established. The amount applied will earn interest at a set rate for the period you select, compounded monthly. Interest penalty applies for early withdrawals.
- If you transfer your TCA balance into another settlement option, bear in mind that this will be a new, separate arrangement. For more information about options available to you, call your assigned financial services representative, if any, or call 1-800-638-7283. Callers with a TDD may call 1-800-229-3037.

**More Useful Information about the Total Control Account...**

- Unless the insured pre-selected an alternative settlement option, payment is usually made by a single check for the total proceeds if the proceeds payable are less than $5,000; the claimant resides in a foreign country; or the claimant is a corporation or similar entity.
- If payment may not be made through the establishment of a TCA, more information will be provided to the claimant as the claim is processed.
- TCAs which become abandoned property as defined by applicable law will be escheated to the appropriate state. This means that if we are unable to contact you after a certain period of inactivity on your TCA (typically three years, but may vary by state), we must close your TCA and pay the funds over to the appropriate state. The funds are still yours, but you must seek them from the state authority or state agency which holds them.
- MetLife may limit or suspend access to TCA funds in the event of overpayment, suspected fraud or other situations where entitlement to the funds is in question.
- Recordkeeping and Draft clearing services for your TCA are provided by The Bank of New York Mellon, 701 Market Street, Philadelphia, PA 19106, pursuant to an administrative agreement.
- The assets backing your TCA are maintained in the general account of MetLife or the Issuing Insurance Company. They are not maintained by The Bank of New York Mellon, which provides administrative services, or any bank or other institution. These general accounts are subject to the creditors of MetLife or the respective Issuing Insurance Company. MetLife or the Issuing Insurance Company bears the investment experience of such assets and expects to earn income sufficient to pay interest to TCA Accountholders and to provide a profit on the operation of the TCAs. Regardless of the investment experience of such assets, the effective annual yield on your Account will not be less than the rate guaranteed in your Customer Agreement. Currently TCAs established from group policies have a guaranteed minimum effective annual yield of .5%. The guaranteed minimum effective annual yield may be more or less at the time your TCA is established. **You may call 1-800-638-7283 for more information on current interest rates. Callers with a TDD may call 1-800-229-3037.**
- The TCA is not insured by the Federal Deposit Insurance Corporation or any government agency. However, the entire amount of your TCA, including all interest credited to your TCA, is fully guaranteed by the financial strength and claims paying ability of MetLife or the respective Issuing Insurance Company. **FOR FURTHER INFORMATION, PLEASE CONTACT YOUR STATE DEPARTMENT OF INSURANCE.**
- The Issuing Insurance Company's guaranty is further backed by your respective state insurance guaranty association. Maximum limits vary from state to state and may change over time. Contact the National Organization of Life and Health Insurance Guaranty Associations (www.NOLHGA.com or 1-703-481-5206) to learn more.

Total Control Account® is a registered service mark of Metropolitan Life Insurance Company.

L0714382062[exp1215][All States]

**MET/CRAWFORD 00791**

## FRAUD WARNINGS

Before signing this claim form, please read the warning for the state where you reside and for the state where the insurance policy under which you are claiming a benefit was issued.

**Alaska:** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona:** For your protection, Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of loss is subject to criminal and civil penalties.

**Arkansas, District of Columbia, Louisiana, Massachusetts, Minnesota, New Mexico, Ohio, Rhode Island and West Virginia:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California:** For your protection, California law requires the following to appear on this form:  Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado:** It is unlawful to knowingly provide false, incomplete or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware, Idaho, Indiana and Oklahoma:** WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Florida:** A person who knowingly and with intent to injure, defraud or deceive any insurance company files a statement of claim or an application containing false, incomplete or misleading information is guilty of a felony of the third degree.

**Kentucky:** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine, Tennessee, Virginia and Washington:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland:** Any person who knowingly and willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly and willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**New Hampshire:** A person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud as provided in RSA 638:20.

**New Jersey:** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**Oregon and Vermont:** Any person who knowingly presents a false statement of claim for insurance may be guilty of a criminal offense and subject to penalties under state law.

**Puerto Rico:** Any person who knowingly and with the intention to defraud includes false information in an application for insurance or files, assists or abets in the filing of a fraudulent claim to obtain payment of a loss or other benefit, or files more than one claim for the same loss or damage, commits a felony and if found guilty shall be punished for each violation with a fine of no less than five thousand dollars ($5,000), not to exceed ten thousand dollars ($10,000); or imprisoned for a fixed term of three (3) years, or both. If aggravating circumstances exist, the fixed jail term may be increased to a maximum of five (5) years; and if mitigating circumstances are present, the jail term may be reduced to a minimum of two (2) years.

**Texas:** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Pennsylvania and all other states:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**MET/CRAWFORD 00792**

MET/CRAWFORD 00793

APP.079

**MetLife®**
Group Life Claims
P.O. Box 6100
Scranton, PA 18505-6100
1-800-638-6420

## Life Insurance Claim Form
## Claimant's Statement

Claim #21412010327
For MetLife Use Only

Insured's Employer Name: _____

Insured Employee - First Name _____ Middle Name _____ Last Name _____

In order to process your claim as quickly as possible we need some information about you and about the deceased. Each beneficiary must submit his or her own Claimant's Statement. Return this completed Claimant's Statement to the Employer or directly to MetLife, in accordance with the instructions you received with this form. Be sure to include a certified copy of the death certificate that indicates the cause and manner of death. A certified copy of the death certificate is one that has been certified by the local Bureau of Vital Statistics or other responsible agency, and bears a raised or colored seal. You can usually obtain one from the funeral director who handled the arrangements. Only one death certificate need be submitted. Please note that original documents cannot be returned.

**Additional Information if Beneficiary is a Minor:**
If no legal guardian is appointed to handle the minor's estate, a responsible adult should complete and sign the Claimant's Statement on behalf of the minor beneficiary. Be sure to complete Section A with information regarding the minor, not the party completing the form. If a legal guardian of the minor child's estate has been or will be appointed, the guardian must complete and sign the Claimant's Statement. Be sure to include a copy of court-issued guardianship papers in the claim submission to MetLife.

### A. Information about the beneficiary

**1.** Your Name - First (please print in capital letters or type)    Middle Initial    Last

Maiden Name (if applicable)    **2.** Social Security No./TIN    **3.** Date of Birth    ☐ Male    ☐ Female

**4.** Country of Citizenship    **5.** Day Phone Number    Evening Phone Number    **6.** Fax Number (optional)

**7.** Mailing Address - Number, Street, Apt./Box No. (if any)    City    State    Zip

**8.** Relationship to the deceased - You are the    ☐ Spouse    ☐ Parent    ☐ Child    ☐ Other - Explain

**9.** If you have signed a document with a funeral home (a funeral home assignment) that authorizes MetLife to make a payment directly to it, please attach the document and check here ☐

### B. Information about the deceased

**1.** His/Her Name - First    Middle Initial    Last

Maiden Name (if applicable)

**2.** Residence Address - Number, Street, Apt./Box No. (if any)    City    State    Zip

**3.** Marital Status  ☐ Single  ☐ Married  ☐ Divorced    **4.** Date of Birth    **5.** Social Security No.
☐ Separated  ☐ Widow/Widower

**6.** Certified copy of death certificate is ☐ attached (or was previously submitted)
☐ not attached. If not attached, please explain _____

**7.** If the decedent also held an individual life insurance policy with MetLife, please provide the policy number: _____ or call 1-800-638-5000 for information.

CS-GL-FORM-A-ERS                    Page 1 of 2                    (04/13) Fs

**MET/CRAWFORD 00794**

**APP.080**

MET/CRAWFORD 00795

APP.081

| Insured Employee - First Name | Middle Name | Last Name |
|---|---|---|
| | | |

## C. Total Control Account (TCA)

Our standard payment method is in the form of a **Total Control Account**. A personalized draftbook and a kit that includes information about your TCA will be sent to you if an Account is established. Your TCA will be guaranteed by MetLife and your TCA will be accessible to you when you need it. A check will be issued to you if required by state law, regulation or direction.

## D. Estate Resolution Service (ERS)

MetLife's group supplemental life insurance programs include MetLife Estate Resolution Services,[SM] which provides legal assistance (at no cost) to probate the estate of insured participants and their spouses/domestic partners. For more information regarding Estate Resolution Services and how to access the service, please read the enclosed document titled **MetLife Estate Resolution Services** [SM] **- Assistance in Probating the Estate of the Insured Participant and Spouse/Domestic Partner**.

## E. Certifications and Signature

By signing below, I acknowledge:

1. All information I have given is true and complete to the best of my knowledge and belief.

2. That any contributions owed by the insured will be deducted from the insurance proceeds paid to me.

3. MetLife has the right to recover any amounts that it determines to be an overpayment. An overpayment occurs if MetLife determines that: (a) the total amount paid by MetLife on your claim is more than the total amount of benefits due to you under the benefit plan/insurance certificate; or (b) MetLife made payment to you when the payment should have been made to someone else. In case of an overpayment, I agree to repay MetLife the specifically overpaid funds. I further understand that if an overpayment is not repaid, MetLife reserves the right to rely on any means to recover the overpayment, including institution of litigation.

4. I have read the applicable Fraud Warning(s) provided in this form. **New York Residents:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Under penalty of perjury, I certify:**

1. **That the number shown on this form is my correct taxpayer identification number; and**

2. **That I am not subject to IRS required backup withholding as a result of failure to report all interest or dividend income; and**

3. **I am a U.S. citizen, or a U.S. resident for tax purposes.**

*Please note: If item 2 or 3 above is not true, cross out the applicable item(s).*

The IRS does not require your consent to any provision of this document other than the certification to avoid backup withholding.

**Please sign below include first and last name.** If you are receiving a Total Control Account, this signature will be placed on file with your Account. If Beneficiary is a minor, the legal guardian or adult submitting this form must sign, not the minor.

Claimant Signature                                        Date Signed

▶ _____          _____

CS-GL-FORM-A-ERS                     Page 2 of 2                     (04/13) Fs

MET/CRAWFORD 00796

APP.082

**MetLife**          **Life Claim Request Entered**          ID: 40942

Add Claim | Assignments | Tasks | Notes | Attachments

## General Information

Customer Number   0096675

Market Segment   Select One.. [v]

Region   Select One.. [v]

Referral To   McGeire, Larry   [v]

Describe Problem   See notes

Customer Name   Southwest Airlines

Admin Code   CDF

## Claim/Waiver Information

Type   Life Claim   [v]

Experience Number   0149670

Claim Branch   6067

Also CC Emails To   Mathas, Nicholas   [v]

First Request Date 02/20/2015

Claim Team   Ins_Oriskany_GLif_TeamR   [v]

Sub Code   9002

Report Number   0149670

EDM Claim ○ Yes ◉ No

Second Request Date

## Claim Details

| Total Pending Amount | Total Claim Amount | | |
|---|---|---|---|
| $431,000.00 | $431,000.00 | Claim Count | 1 |

| Claim No. | Insured's Name | Claim Amount | Pending Amount | Coverages | Reason for Request |
|---|---|---|---|---|---|
| 21412010327 | Tracy Crawford | $431,000.00 | $431,000.00 | Basic Life Optional Life | Need Assistance Obtaining Information from Employer |

## Related Workflows

* The table does not reflect real time data

| Process ID | Workflow Type | Product(s) | Details | Effective Date |
|---|---|---|---|---|
| | Unit Leader Spaven, Annemarie | [v] | | |
| | Life Claims Examiner   Brennan, Amy | | | |
| | Account Manager   McGuire, Larry | [v] | | |

WorkStage: Life Claim Final Closeout / QA 100% Completed (1/1)

Milestone: Life Claim Final Closeout/QA 100% Completed (1/1)

| ID | Task Name | Assignee | Status | Status Date | Due Date |
|---|---|---|---|---|---|
| 30512-1 | Review & Close the Life Claim Inquiry | Brennan, Amy | Completed | 03/17/2015 | 03/11/2015 |

WorkStage: Life Claim Request Worked 100% Completed (1/1)

Milestone: Research Life Claim Inquiry 100% Completed (1/1)

| ID | Task Name | Assignee | Status | Status Date | Due Date |
|---|---|---|---|---|---|
| 26481-1 | Research/Document Life Claim Inquiry | McGuire, Larry | Completed | 03/11/2015 | 02/20/2015 |

| Created On | User Name | Notes |
|---|---|---|
| | | |

MET/CRAWFORD 00798

| Created On | User Name | Notes |
|---|---|---|
| 03/16/2015 13:36:31 | Brown, Rebecca | Hi Larry,<br><br>I'm following to see if you found out on any communications. Your email below indicated you were checking on any communications that may have been sent.<br><br>Please advise<br><br>Thanks Becky |
| 03/11/2015 08:46:31 | McGuire, Larry | [PendTaskClosed] **Pend Task Reason(s) Closed** |
| 03/11/2015 08:46:14 | McGuire, Larry | If no bene is on file with MetLife we revert back to the paper files SWA had prior to the electronic process. Below is a n excert from the 2013 SPD.<br>? Beneficiary Designation: Life Insurance Beneficiary Designation must be completed through the MetLife web site a t www.metlife.com/mybenefits. Effective June 15, 2013, paper life insurance designation forms will not be accepted by the Health & Wellness Team except for Committed Partner designations as described immediately below.<br>? If you have a Committed Partner enrolled in the Plan, You are required to file a paper beneficiary form with the Hea lth & Wellness Team that designates your Committed Partner as the primary beneficiary for at least 50% of your ben efits under the Life Insurance Program. If at any time you remove your Committed Partner from coverage under the Plan, you will then be required to go to www.metlife.com/mybenefits to complete an updated beneficiary designation online. You may request a paper form by contacting the Health & Wellness Team. |
| 03/11/2015 07:56:50 | Brown, Rebecca | Hi Larry,<br><br>Thank you for your response. Our question is, the designation in 2008 that names Cooper, was this designation rev oked or considered no longer valid when the customer went to online beneficiary designations. If so, was there a co mmunication sent to the insured advising the prior designations would no longer be valid if so, can we be provided with a copy of the letter.<br><br>I am showing the LCI is in your "My work" and that you opened the task on 3/10/2015 and you made a note in the not e tab (Pend Task Reason) Legal<br><br>Please advise<br><br>Thanks Becky |
| 03/10/2015 16:08:01 | McGuire, Larry | [PendTaskReason] Legal |
| 03/10/2015 14:13:13 | Brown, Rebecca | Hi Larry, please provide a status on the LCI. |
| 03/05/2015 09:01:03 | Brown, Rebecca | Hi Larry,<br><br>Please provide a status update on a LCI for Tracy Crawford-Southwest Airlines-claim number 21412010327-LCI ID# 4 0942<br><br>We are currently reviewing an appeal based on a denial to a party not the named beneficiary. We need to know if the beneficiary designation that is attached in MPM dated 04/25/2008 naming Cooper the great nephew was revoked or c onsidered no longer valid once the customer went to online designations. If so, was there a written communication sent to the employees regarding this. If so, are they able to provide that actual letter sent to the insured or a copy of the generic letter that was sent.<br><br>Please advise. As we have an appeal, we need an answer so we can continue with the appeal review<br><br>Thanks Becky |
| 03/05/2015 08:26:23 | Brennan, Amy | Escalating to management as there has been no response. |
| 02/27/2015 14:46:57 | Brennan, Amy | Please advise status so we are able to update the file or continue with our review. Thank you |
| 02/20/2015 09:08:01 | Brennan, Amy | Need you to contact the Employer to see if the beneficiary designation attached here dated 04/25/2008 naming Coop er Todd Everett great nephew was ever revoked or considered no longer valid after going to online bene's. If so, we need the written communication that was made to the employees RE this including dates etc. |

| Created On | User Name | Description | Attachment |
|---|---|---|---|
| 02/20/2015 10:08:25 | Brennan, Amy | Paper bene | 21412010327 Crawford bene.pdf _ /bizflow/bizcoves/wih/attachopen.jsp?attachid=105&FILENAME=21412010327 Crawford be |

MET/CRAWFORD 00799

# MetLife         Life Claim Request Entered                    ID: 27659

| Add Claim | Assignments | Tasks | Notes | Attachments |

## General Information

Customer Number  0096576

Market Segment  Select One...☑

Region  Select One...☑

Referral To  McGuire, Larry                    ☑

Describe Problem  please provide the paper beneficiary designation form used to update the system. Please confirm there is no other beneficiary form on file that names the husband Jayson as the primary beneficiary on this claim.

Customer Name  SOUTHWEST AIRLINES

Admin Code  C07

## Claim/Waiver Information

Type  Life Claim ☑

Experience Number  9149670

Claim Branch  0007

Also CC Emails To  Melillo, Nicholas ☑

First Request Date 01/08/2015

Claim Team  Ins_DreaXany_GLIF_TeamA ☑

Sub Code  0002

Report Number  9149670

EDM Claim ○ Yes ⦿ No

Second Request Date

## Claim Details

| Total Pending Amount | $812,000.00 | Total Claim Amount | $812,000.00 | Claim Count | 1 |

| Claim No. | Insured's Name | Claim Amount | Pending Amount | Coverages | Reason for Request |
|---|---|---|---|---|---|
| 21412010327 | TRACY CRAWFORD | $812,000.00 | $812,000.00 | Basic Life Optional Life Voluntary AD and D | Need Assistance Obtaining Information from Employer |

## Related Workflows

\* The table does not reflect real time data

| Process ID | Workflow Type | Product(s) | Details | Effective Date |
|---|---|---|---|---|

Unit Leader  Sparen, Annemarie ☑

Life Claims Examiner : Bronson, Eileen

Account Manager  McGuire, Larry ☑

WorkStage: Life Claim Final Closeout / QA 100% Completed (1/1)

Milestone: Life Claim Final Closeout/QA 100% Completed (1/1)

| ID | Task Name | Assignee | Status | Status Date | Due Date |
|---|---|---|---|---|---|
| 21704-1 | Review & Close the Life Claim Inquiry | Bronson, Eileen | Completed | 01/28/2015 | 01/28/2015 |

WorkStage: Life Claim Request Worked 100% Completed (1/1)

Milestone: Research Life Claim Inquiry 100% Completed (1/1)

| ID | Task Name | Assignee | Status | Status Date | Due Date |
|---|---|---|---|---|---|
| 21631-1 | Research/Document Life Claim Inquiry | McGuire, Larry | Completed | 01/28/2015 | 01/28/2015 |

| Created On | User Name | Notes |
|---|---|---|
| 01/28/2015 10:31:31 | McGuire, Larry | Per SWA they have provided the only form they have on file, it does not show the husband as bene. |
| 01/15/2015 09:35:42 | Bronson, Eileen | sent to ul a sparen for assistance |
| 01/13/2015 12:45:30 | Bronson, Eileen | Larry, do you have a status on this request yet? |

MET/CRAWFORD 00800

| Created On | User Name | Notes |
|---|---|---|
| 01/08/2015 07:55:15 | Bronson, Eileen | please provide the paper beneficiary designation form used to update the system. Please confirm there is no other beneficiary form on file that names the husband Jayson as the primary beneficiary on this claim. |

| Created On | User Name | Description | Attachment |
|---|---|---|---|
| No Data Found | | | |

MET/CRAWFORD 00801

# Claim Payment Overview List

END OF PAYMENTS LIST

| Insured Name: | TRACY CRAWFORD | Claim Number: | 21412010327 |
| Insured SSN: | 465139959 | Customer Name: | SOUTHWEST AIRLINES |
| Employee ID: | 00456139959 | Dependent Name: | |
| M&A Number: | | Team Code: | A |

Special Handling Required?: YES

Claim Status: CLOSED

Feed From: Metlink

| Coverage | Benefit Amount | Status | Amount Paid | Interest Amount | Paid Date | Balance | Coverage# |
|---|---|---|---|---|---|---|---|
| Basic Life - 9011 | $50,000.00 | A | $50,000.00 | $12.33 | 04/10/2015 | $0.00 | 01 |
| Optional Employee Life-9111 | $381,000.00 | A | $381,000.00 | $93.95 | 04/10/2015 | $0.00 | 02 |
| Basic Life - 9011 | $50,000.00 | C | $50,000.00 | $24.66 | 04/28/2015 | $0.00 | 03 |
| Optional Employee Life-9111 | $381,000.00 | C | $381,000.00 | $187.89 | 04/28/2015 | $0.00 | 04 |

| Payee Name | Payment Amount | Status | Benefit Amount | Interest Amount | Payment Method | Paid Date | Approver Name | Payment Mailed To |
|---|---|---|---|---|---|---|---|---|
| ☐ COOPER T BURNETT | $431,106.28 | P | $431,000.00 | $106.28 | Total Control Account | 04/10/2015 | DANIEL CONNORS | BEN |
| ☐ COOPER T BURNETT | $50,012.33 | C | $50,000.00 | $12.33 | Total Control Account | 04/28/2015 | David Indolfi | |
| ☐ COOPER T BURNETT | $381,093.95 | C | $381,000.00 | $93.95 | Total Control Account | 04/28/2015 | David Indolfi | |
| ☐ COOPER T BURNETT | $431,212.55 | P | $431,000.00 | $212.55 | Check | 04/28/2015 | DANIEL CONNORS | OTH |

MET/CRAWFORD 00802

5/19/2016

https://sisc.prod.bios.metlife.com/submit

APP.087

**Claim Comments List**

**\*\*TO VIEW MORE DATA - SELECT MORE\*\***

| | Claim Number: | 214 |
|---|---|---|
| | Customer Name: | SOI |
| | Dependent Name: | |
| | Team Code: | A |

Insured Name:  TRACY CRAWFORD
Insured SSN:  458139999
Employee ID:  00485139959
M&A Number:

Special Handling Required?:  YES

Claim Number:  [2141201C327]   Activity Dates:  07/31/2015

JAYSON CRAWFORD IS BEING REPRESENTED BY ATTY, PLEASE SEE PAGE 52 HOTVIEW

Complex Claim   ● Yes ○ No   Diverse (Hist) (CR)   **[Submit]**

| Activity Date | Activity | Created By | Call-Up Date | Call-Up Action | Claim_Contact_History_Comments_Review | Prly | Cont Menu |
|---|---|---|---|---|---|---|---|
| ☐ 02/19/2016 | 1096 Form Sent | Butler, Haley | | No Action | 2/19 SECOND ATTEMPT TO COOPER BURNETT C/O MANDY MACE | | |
| ☐ 02/19/2016 | Internet Search Completed | Butler, Haley | | No Action | Internet search for mandy mace: Names - MANDY M BURNETT MANDY N MACE Gender - Female 4016 GLENPARK DR LA PORTE, TX 77571-7811 SSN(s) - 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 (xxd) - 15724175919 DOB/Age - 02/16/1976 (39) Dates - Nov 2014 - Jan 2016 | | |
| ☐ 02/19/2016 | Mail Received | Clancy-Turner, Amy | | No Action | 1096 FOR COOPER BURNETT RCVD | | |
| ☐ 11/23/2015 | Letter Sent | FRIEND, JESSICA L | | No Action | response letter sent to Atty, Taylor | | |
| ☐ 11/23/2015 | Returned to Claim Examiner | COOPERWHEAT, TIM D. | | Send Letter | returned to send drafted response to atty | Low | |
| ☐ 11/17/2015 | Referral to Senior | FRIEND, JESSICA L | | Follow Up email | sent drafted letter for Atty to Sr for review prior to sending out | Low | |
| ☐ 11/12/2015 | Returned to Claim Examiner | Indelli, David | | Further Review Needed | draft response letter and refer to seniors prior to mailing. | Low | |
| ☐ | | | | Further Review Needed | | Low | |
| ☐ 11/09/2015 | Informational | Lee, Emma | | Further Review Needed | holding for further review | Low | |
| ☐ 11/03/2015 | Informational | Indelli, David | | Further Review Needed | holding for further review. | Low | |
| ☐ 10/23/2015 | Referral to Senior | FRIEND, JESSICA L | | Follow Up email | referred to Sr to review letter received from New Atty and his request | Low | |
| ☐ 10/23/2015 | Informational | FRIEND, JESSICA L | | No Action | http://callapplcactvxestra/CallapoDMS/hviwitvh.axefhavhxl=20x12o2x14b1l620x8h/48o24152156x493tdrhb1052o08h15/050C112/15\050026/1067230307/5PD_2014_FINAL_6.6.2014.pdf?model=18110015&venum=2 | | |
| ☐ 10/23/2015 | Mail Received | Indelli, David | | Further Review Needed | attorney stating we did not provide entire client file, in addition claiming as entire claim file not provided monetary penalties apply, rush order with details of claim. | Low | |

https://sisc.prod.bios.metlife.com/submit

**APP.088**

# Claim Comments List

** TO VIEW MORE DATA - SELECT MORE**

Insured Name: TRACY CRAWFORD
Insured SSN#: 485139909
Employee ID: 00459139959
M&A Number:

Claim Number: 214120I0327
Customer Name: SOUTHWEST AIRLINES
Dependent Name:
Team Code: A

Special Handling Required?: YES

Claim Number: 214120I0327    Activity Date: 06/29/2016    Sequence Number: 2

Claim Alert: JAYSON CRAWFORD IS BEING REPRESENTED BY ATTY PLEASE SEE PAGE 9/2 HOTVIEW

Complex Claim: ◉Yes ○No    Divorce (rival) (CR)    [Refresh]

| Activity Date | Activity | Created By | Call-Up Date | Call-Up Action | Claim_Contact_History_Comments_Review | Prty | Contact Name | Relationship | Contact Phone | Call Type | Assoc To Claim | Seq Nbr | Date Closed | Closed By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ 07/31/2015 | Letter Sent | BRONSON, EILEEN M. | | No Action | to attny exhausted appeal process | | | | | | | 01 | | |
| ☐ 07/30/2015 | Returned to Claim Examiner | O'Dell, MARIE A. | | Send Letter | LETTER TO EILEEN FOR MAILING. | Low | | | | | | 02 | 07/31/2015 | BRONSON, EILEEN M. |
| ☐ 07/30/2015 | Informational | O'Dell, MARIE A. | | No Action | APPEALS DISCUSSION- Send response letter to atty that the policy would be same doc as SPD for group life insurance. Also advise that the SPD is a summary that the employees rely upon regarding changes to their benefits so based on the language in the SPD it only states that paper forms will not be accepted effective 6/15/13 but does not direct the employees to complete a new form if they have a paper designation on file. Also advise appeal rights exhausted. | | | | | | | 01 | | |
| ☐ 07/27/2015 | Mail Received | FLEMING, KAY D. | | No Action | archived dupe | | | | | | | 02 | | |
| ☐ 07/27/2015 | Mail Received | FLEMING, KAY D. | | No Action | Further request rec'd from Clayton Rawlings -- Sent to team for handling. | | | | | | | 01 | | |
| ☐ 07/24/2016 | Informational | O'Dell, MARIE A. | | Further Review Needed | UNDER REVIEW | Low | | | | | | 01 | 07/30/2015 | O'Dell, MARIE A. |
| ☐ 07/23/2015 | Referral to Senior | BRONSON, EILEEN M. | | Senior Review | to sr as a rush to re/view letter from attny | Low | | | | | | 01 | 07/24/2015 | O'Dell, MARIE A. |
| ☐ 07/21/2015 | Mail Received | Longo, Jason | | No Action | 7/20/2015 attorney letter to team for handling | | | | | | | 01 | | |
| ☐ 08/20/2016 | In coming call on a | HART, | | No | ADVISED WE REC'D THEIR REQUEST AND CLAIM FILE HAS BEEN SENT. CAN REVIEW | | ANDREW Attorney | | 713-520- | | Status Claim - | 03 | | |

https://sisc.prod.bios.metlife.com/submit

APP.089

| claim | KRISTINA | Action | | 7701 | Other |
|---|---|---|---|---|---|
| ☐ 06/30/2015 Letter Sent | Borelli, Andrew | No Action | AND REACH OUT IF ANY FURTHER QUESTIONS. | 02 | |
| ☐ 06/30/2015 | Borelli, Andrew | No Action | LETTER & CLAIM FILE SENT TO ATTY RAWLINGS. RIVAL CLAIMANT HAS EXHAUSTED APPEAL RIGHTS. | 01 | |
| ☐ 06/26/2015 | BRONSON, EILEEN M. | No Action | | 02 | |
| ☐ 06/26/2015 Referral to Senior | BRONSON, EILEEN M. | Senior Review | letter to sr for review with copy of redacted claim file   Low | 01 06/30/2015 | Borelli, Andrew |

https://sisc.prod.bios.metlife.com/submit

MET/CRAWFORD 00805

5/19/2016

APP.090

# Claim Comments List

** TO VIEW MORE DATA - SELECT MORE**

Insured Name: TRACY CRAWFORD
Insured SSN: 455139969
Employee ID: 00455139969
M&A Number:

Claim Number: 21412010327
Customer Name: SOUTHWEST AIRLINES
Dependent Name:
Team Code: A

Special Handling Required?: YES

Claim Number: 21412010327          Activity Date: 04/27/2015          Sequence Number: 11

Claim Alert LAYSON CRAWFORD IS BEING REPRESENTED BY ATTY. PLEASE SEE PAGE 92 HOTVIEW

Complex Claim  ⦿Yes ○No          Divorce (rival) (CR)          [Refresh]

| Activity Date | Activity | Created By | Call-Up Date | Call-Up Action | Claim_Contact_History_Comments_Review | Prty | Contact Name | Relationship | Contact Phone | Call Type | Assoc To Claim | Seq Nbr | Date Closed | Closed By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ 09/25/2015 | Returned to Claim Examiner | Borelli, Andrew | | Further Review Needed | Prepare the entire claim file in preparation for providing it to Mr. Rawlings. Redact the information about the designated beneficiary in the appropriate places and remove the redactions from Diversified Imaging once the prep is completed. Prep should include claim file from EDM, BICS comments, MeltLINK or File Feed as applies, Payment History and Payment Overview (with information about bene redacted, except for the name) and Calllog letters if any. Then, draft a response letter to Mr. Rawlings to accompany the claim file. Use our upheld template, but we're not sending a new upheld. Basically, (1) Advise Mr. Rawlings where and how to obtain current SPD from Plan Administrator (address appears below); (2) Explain we are providing him with the entire claim file in our possession; (3) Briefly, recap each of the points from our upheld letter, explaining that (a) Plan is ERISA regulated, and MetLife's responsibility is to the designated beneficiary (b) why our decision remains unchanged, as explained in our previous letter, and must be upheld. Plan administrator for SPD can be reached at: Southwest Airlines Co. Board of Trustees c/o Southwest Airlines Co. 2702 Love Field Dr, P. O. Box 36611, HDQ-4EB Dallas, TX 76235 (214) 792-4000 | Low | | | | | 02 | | 08/20/2015 | BRONSON, EILEEN M. |
| ☐ 09/25/2015 | Appeal Received | Borelli, Andrew | | No Action | REVIEWED TODAY IN APPEAL SESSION. DECISION - DECISION REMAINS UPHELD. APPEALS EXHAUSTED. PROVIDE CLAIM FILE TO ATTY AND RECAP REASONS FOR UPHOLD. | | | | | | | 01 | | |

MET/CRAWFORD 00806

https://sisc.prod.bios.metlife.com/submit

5/19/2016

APP.091

| | Date | Type | Name | Action | Description | Priority | Number | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 09/24/2015 | Mail Received | FLEMING, KAY D. | No Action | archived another dupe copy of appeal letter | | | 02 | |
| ☐ | 09/24/2015 | Mail Received | Longo, Jason | No Action | 6/29/2016 duplicate appeal received from attorney, sending to archive | | | 01 | |
| ☐ | 09/23/2015 | Appeal Received | Borelli, Andrew | Further Review Needed | HOLDING FOR APPEALS. | Low | | 01 | 09/25/2015 Borelli, Andrew |
| ☐ | 09/22/2015 | Appeal Received | BRONSON, EILEEN M. | Senior Review | to reveiw appeal from new attny | Low | | 02 | 08/23/2015 Borelli, Andrew |
| ☐ | 09/22/2015 | In coming call on a claim | FLEMING, KAY D. | No Action | Claim has been paid and a new attny is now appealing the denial, advised to rush refer as appeal. | | EILEEN Examiner | Internal MetLife Call | Claim 01 |
| ☐ | 08/19/2015 | Mail Received | FLEMING, KAY D. | No Action | 6/18 Recd another appeal from attny Clayton Rawlings on behalf of the spouse. Sent to team for review and handling. | | | 01 | |
| ☐ | 04/30/2015 | In coming call on a claim | Wilson, Kendall | No Action | ADVISED TCA REVERAL COMPLETE AND REISSUED AS CHECK SENT OUT ON 4/28 | | MANDY Guardian | 7133479848 Status - Payment | Claim 01 |
| ☐ | 04/29/2015 | Mail Returned Undeliverable | Plopper, Ryan | Verify Address | 04/28/2015- RECD RTS STATEMENT OF CLAIM. FWD TO EXAMINERS | Low | | 01 | 04/29/2015 BRONSON, EILEEN M. |
| ☐ | 04/27/2015 | Informational | KELSEY, WILLIAM R. | No Action | passed by qal | | | 14 | |
| ☐ | 04/27/2015 | | KELSEY, WILLIAM R. | No Action | | | | 13 | |
| ☐ | 04/27/2015 | Payment Approved | CONNORS, DANIEL | No Action | | | | 12 | |

**Claim Comments List**

** TO VIEW MORE DATA - SELECT MORE**

| Insured Name: | TRACY CRAWFORD |
| Insured SSN: | 408938959 |
| Employee ID: | 00456139959 |
| M&A Number: | |

| Claim Number: | 2141201032T |
| Customer Name: | SOUTHWEST AIRLINES |
| Dependent Name: | |
| Team Code: | A |

Special Handling Required?: YES

Claim Number: 2141201032T    Activity Date: 04/23/2016    Sequence Number: 1

Claim Alert: JAYSON CRAWFORD IS BEING REPRESENTED BY ATTY PLEASE SEE PAGE 92 HOTVIEW

Complex Claim ○Yes ○No    Divorce (final) (CR)    (search)

| Activity Date | Activity | Created By | Call-Up Action | Call-Up Date | Claim_Context_History_Comments_Review | Prty | Contact Name | Relationship | Contact Phone | Call Type | Assoc To Claim | Seq Nbr | Date Closed | Closed By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/27/2016 | OFAC Checked | SYSTEM | No Action | | COOPER T. BURNETT | | | | | | Beneficiary | 11 | | |
| 04/27/2016 | OFAC Checked | SYSTEM | No Action | | COOPER T. BURNETT | | | | | | Beneficiary | 10 | | |
| 04/27/2016 | Selected For Quality Assurance | CONNORS, DANIEL | No Action | | Claim 2141201032T frozen for Customer QA review | | | | | | CLAIM | 09 | | |
| 04/27/2016 | OFAC Checking | CONNORS, DANIEL | No Action | | COOPER T. BURNETT | | | | | | Beneficiary | 08 | | |
| 04/27/2016 | OFAC Checking | CONNORS, DANIEL | No Action | | COOPER T. BURNETT | | | | | | Beneficiary | 07 | | |
| 04/27/2016 | Payment sent for Countersignature | Indelli, David | Potential Payment | | lo ul cosign3 | Low | | | | | | 06 | 04/27/2015 | CONNORS, DANIEL |
| 04/27/2016 | Payment sent for Countersignature | BRONSON, EILEEN M. | Senior Review | | to sr rss rush to cosign over my limit | Low | | | | | | 05 | 04/27/2015 | Indelli, David |
| 04/27/2016 | Informational | BRONSON, EILEEN M. | No Action | | per csin no match | | | | | | | 04 | | |
| 04/27/2016 | Returned to Claim Examiner | Indelli, David | No Action | | tca reversal complete, please reissue payment via check to consaroster in accordande with divorce decree. | | | | | | | 03 | | |
| 04/27/2016 | Credit Released | Indelli, David | No Action | | credit reissued for bil and oli in full amt | | | | | | | 02 | | |
| 04/27/2016 | Email Received | Indelli, David | No Action | | tca has been reversed | | | | | | | 01 | | |
| 04/26/2016 | in coming call on a claim | Spellman, Dennis | No Action | | ASKED IF WE RCVD GUARDIANSHIP DOCS AND STATUS. PER EXAMINER, ADV YES WE HAVE DOCS AND WE ARE IN THE TCA REVERSAL PROCESS SO WE CAN ISSUE A CHECK FOR HER TO CASH. CALLER UNDERSTOOD AND WILL CALL BACK NEXT WEEK FOR FURTHER UPDATES. | | MANDY | Guardian | 713 247 9348 | Status - Verify If Documents Received | Claim | 02 | | |
| 04/24/2016 | Informational | Butler, Richard | No Action | | adv we are in process to complete the accouting to repay the minor bene will check w the consrev docs we rec but it has not been completed yet | | Reviewer | | | | | 01 | | |

MET/CRAWFORD 00808

5/19/2016

https://sisc.prod.bios.metlife.com/submit

APP.093

# Claim Comments List

**\*\* TO VIEW MORE DATA - SELECT MORE\*\***

Insured Name: TRACY CRAWFORD
Insured SSN: 456139969
Employee ID: 0045613969
M&A Number:

Claim Number: 21412010327
Customer Name: SOUTHWEST AIRLINES
Dependent Name:
Team Code: A

Special Handling Required?: YES

Claim Number: 21412010327

Claim Alert: JAYSON CRAWFORD IS BEING REPRESENTED BY ATTY PLEASE SEE PAGE 02 HOTVIEW

Complex Claim ⦿Yes ○No    Divorce (rive) (CR)

Activity Date: 04/15/2015        Sequence Number: 1

| Activity Date | Activity | Created By | Call-Up Date | Call-Up Action | Claim_Contact_History_Comments_Review | Prty | Contact Name | Relationship | Contact Phone | Call Type | Assoc To Claim | Seq Nbr | Date Closed | Closed By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/23/2015 | E mail sent on a claim | Indolfi, David | | Follow Up email | 2nd request to tca. for tca reversal | Low | | | | | | 01 | 04/27/2015 | Indolfi, David |
| 04/22/2015 | coming call on a claim | Zabellicky, Kristy | | No Action | ADVISED THAT WE ARE. JUST WAITING FOR THE REVERSAL. TO BE DONE | | MANDY | Family member | | Status - Under Review | Claim | 01 | | |
| 04/20/2015 | E mail sent on a claim | Indolfi, David | | Follow Up email | tca reversal and journal to tca- awaiting confirmation of reversal to complete credit release. | Low | | | | | | 01 | 04/23/2015 | Indolfi, David |
| 04/17/2016 | Journal Forms | BRONSON, EILEEN M. | | Senior Review | to sr as rush to review tca reversal docs | Low | | | | | | 03 | 04/20/2015 | Indolfi, David |
| 04/17/2016 | Letter Sent | BRONSON, EILEEN M. | | No Action | to attny with copy of bene form | | | | | | | 02 | | |
| 04/17/2015 | Out Going Call | BRONSON, EILEEN M. | | No Action | called to get account number and amt confirmed amt is 431105.28 and the account number is 4004816986 | | JOANNIE | TCA Unit | ON FILE | Inquiry on Documentation | Claim | 01 | | |
| 04/18/2016 | coming call on a claim | Murbika, Kathleen | | No Action | ADVISED STILL UNDER REVIEW | | MANDY | Guardian | | Status - Payment | Claim | 03 | | |
| 04/18/2016 | Returned to Claim Examiner | Longo, Jason | | Further Review Needed | TO EILEEN: Agree to send letter to the attorney for the denied party along with a copy of the beneficiary designation requested. As for the conservatorship written into the divorce decree, this is acceptable to issue payment to the conservator. Furthermore the notarized statement from Chad the father stating that Mandy the mother is to act as the legal agent for this claim is also acceptable to issue payment directly to her as sole conservator. Since these documents were on file prior to payment and are not specific conservatorship papers we need to | Low | | | | | | 02 | 04/17/2015 | BRONSON, EILEEN M. |

MET/CRAWFORD 00809

Page 2 of 2

| Date | Type | Name | Action | Notes | Disposition | Claim | Reference | Contact | Role |
|---|---|---|---|---|---|---|---|---|---|
| 04/19/2015 | Out Going Call - Legal | Longo, Jason | No Action | complete a TCA reversal for the minor on deposit account and re pay via check. Payment wording is cooper Todd Burnett a minor, Mandy Burnett conservator. Refer the TCA journal form and reversal form to the seniors. Once TCA is reversed we can re issue payment. Discussed Divorce decree that has conservatorship for the minor child Cooper written into it. Advice given was that the conservatorship in the divorce decree is specif in stating both chad and Mandy are appointed joint managing conservators. This would be acceptable to release payment directly to the conservator. also the notarized statement from the father Chad allowing Mandy to act as the legal agent for purposes of this benefit is also acceptable and payment can be made to with her as the solo conservator. | | | | | |
| 04/19/2015 | Referral to Senior | BRONSON, EILEEN M. | Senior Review | to sr as rush to review   Low | Inquiry on Documentation   Claim 01 | | 8686617091 | LOWELL KASS | Law department |
| 04/19/2015 | In coming call on a claim | O'Dell, MARIE A. | No Action | ADVISED TO REFER TO SEEK ADVICE REGARDING THE DIVORCE DECREE WHICH HAS CONSERVATORSHIP RIGHTS FOR THE MINOR AS WE SHOULD SEEK ADVICE TO DETERMINE WHETHER IT MAY BE ACCEPTABLE IN ORDER FOR PROCEEDS TO BE RELEASED FROM MINOR CON DEPOSIT ACCOUNT. ALSO NEED TO REFER AS ATTY REQUESTING COPY OF DESIGNATION. | Internal MetLife Call   Claim 04 | | | EILEEN BRONSON | Examiner |
| 04/19/2015 | In coming call on a claim | Cleveland, Kathleen | No Action | She was calling for a status on claim, advised paid into blocked TCA (she is mother & guardian of cooper) She said she sent in guardianship docs to be reviewed, wanted us to call her back once reviewed. advised I would note the file. | Other   Claim 03 | | 7132479348 | MANDY | Family member |
| 04/19/2015 | In coming call on a claim | Mendez, Beverly | No Action | advised that payment was put into blocked tca | Information provided   Claim 02 | | | MANDY | Guardian |

Longo, Jason   04/16/2015   05

Claim Comments List

** TO VIEW MORE DATA - SELECT MORE **

Insured Name: TRACY CRAWFORD
Insured SSN: 466138969
Employee ID: 004661359GB
M&A Number:

Claim Number: 2141201 0327
Customer Name: SOUTHWEST AIRLINES
Dependent Name:
Team Code: A

Claim Number: 2141201 0327

Claim Alert  JAYSON CRAWFORD IS BEING REPRESENTED BY ATTY PLEASE SEE PAGE 92 HOT/VIEW

Complex Claim  ● Yes ○ No        Divorce (Ivel) (GR)

Activity Date: 04/09/2016        Special Handling Required?: YES        Sequence Number: 5

Refresh

| Activity Date | Activity | Created By | Call-Up Date | Call-Up Action | Claim_Contact_History_Comments_Review | Prty | Contact Name | Relationship | Contact Phone | Call Type | Assoc To Claim | Seq Nbr | Date Closed | Closed By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ 04/16/2016 | Mail Received | O'Dell, MARIE A. | | No Action | 4/14 - ATTY REQUESTING BEING DESIGNATION, SENT TO TEAM FOR HANDLING AS ATTY HAS RECEIVED DENIAL. | | | | | | | 01 | | |
| ☐ 04/14/2016 | Informational | BRONSON, EILEEN M. | | No Action | rec duplicate of the letter from atty dtd 04/07/2015 no action needed | | | | | | | 02 | | |
| ☐ 04/14/2016 | Mail Received | COPPERWHEAT, TIM D. | | No Action | 4/13 - attry, stating no estate, won't as spouse Jayson should receive. | | | | | | | 01 | | |
| ☐ 04/10/2016 | In coming call on a claim | Cava, Sarah | | No Action | MOTHER OF COOPER, ADV PAYMENT WAS APPROVED | | MANDY | Guardian | | Status – Payment | Claim | 03 | | |
| ☐ 04/09/2016 | Letter Sent | Borell, Andrew | | No Action | LETTER SENT TO ATTY WITH COPIES OF DENIAL, UPHOLD, AND UNSIGNED LETTER OF 2/6 REC'D IN OUR OFFICE. | | | | | | | 02 | | |
| ☐ 04/09/2016 | Informational | BRONSON, EILEEN M. | | No Action | called sr fine to rewquest sr referral go to satn of tin as the attry is insisting to speak with tim | | | | | | | 01 | | |
| ☐ 04/09/2016 | Claim alert | Swinton, Colleen | | No Action | JAYSON CRAWFORD IS BEING REPRESENTED BY ATTY PLEASE SEE PAGE 92 HOT/VIEW | | | | | | | 12 | | |
| ☐ 04/09/2016 | In coming call on a claim | Swinton, Colleen | | No Action | calling for status - advised per file he is being represented by attn legally cannot discuss this claim with him would have to refer to atty office CALLING TO SPEAK TO TIM COOPERWHEAT IN REGARDS TO UPHOLD DENIAL LETTER DATED 3/23/2016, HE CLAIMS HE NEVER RECEIVED THE LETTER AND WE FAXED TO HIM TODAY. I ADVISED THAT IF HE IS IN DISAGREEMENT TO LETTER HE COULD SEND HIS CONCERNS TO US IN WRITING. HE INDICATED THAT HE WILL NOT SEND IN WRITING AND THAT PER LETTER HE CAN CONTACT OUR OFFICE AND WE WILL ANSWER US DIRECTLY. HE WANTS TO SPEAK TO TIM COOPERWHEAT DIRECTLY IN REGARDS TO THE LETTER/SIGNED BY EXAMINER SENT TO | High | JAYSON | Spouse | | Request for Documentation | Claim | 11 | | |
| ☐ 04/09/2016 | In coming call on a claim | Miner, Feidy | | Information Received Via Phone Call | | High | MICHAEL YOUNG | Attorney | 9038929133 | Other | Claim | 10 | 04/10/2016 | BRONSON, EILEEN M. |

MET/CRAWFORD 00811

https://sisc.prod.bios.metlife.com/submit

5/19/2016

| Date | Type | Name | Action | Note | Contact | Status |
|---|---|---|---|---|---|---|
| ☐ 04/09/2015 | In coming call on a claim | Nelson, Alana | No Action | HIM. HE DOESNT WANT TO SPEAK TO ANYONE ELSE ON THIS MATTER. ADVISED WILL SENT FOR A CALL BACK<br>he wants a copy of the upheld denial letter. he said he didnt receive. faxing copy to 9008924302 | MICHAEL, Attorney | Status – Other   Claim   09 |
| ☐ 04/09/2015 | In coming call on a claim | Nelson, Alana | No Action | advised we requested estate papers in error. apologized. advised denial was upheld. he asked if his atty can request the information on the beneficiar advised he can send his concerns in writing but usually we cannot give out that information. | JASON, Spouse | Inquiry on Documentation   Claim   08 |
| ☐ 04/09/2015 | Informational | Kuhn, Marie | No Action | passed by QA | | 07 |
| ☐ 04/09/2015 | | Kuhn, Marie | No Action | | | 06 |

## Claim Comments List

** TO VIEW MORE DATA - SELECT MORE**

Insured Name:  TRACY CRAWFORD
Insured SSN#:  456139969
Employee ID:  00486139969
M&A Number:

Claim Number:  21412010327
Customer Name:  SOUTHWEST AIRLINES
Dependent Name:
Team Code:  A

Special Handling Required?:  YES

Claim Number:  21412010327                    Activity Date:  04/07/2015              Sequence Number:  4

Claim Alert  JAYSON CRAWFORD IS BEING REPRESENTED BY ATTY PLEASE SEE PAGE 92 HOTVIEW

Complex Claim  ◉ Yes  ○ No      Divorce (final) (CR)      ✓  [GR124]

| Activity Date | Activity | Created By | Call-Up Date | Call-Up Action | Claim_Contact_History_Comments_Review | Prty | Contact Name | Relationship | Contact Phone | Call Type | Assoc To Claim | Seq Nbr | Date Closed | Closed By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/09/2015 | Payment Approved | CONNORS, DANIEL | | No Action | | | | | | | | 05 | | |
| 04/09/2015 | OFAC Checked | SYSTEM | | No Action | | | | | | | | | | |
| 04/09/2015 | Selected For Quality Assurance | CONNORS, DANIEL | | No Action | COOPER T. BURNETT | | | | | | Beneficiary | 04 | | |
| 04/09/2015 | OFAC Checking | CONNORS, DANIEL | | No Action | Claim 21412010327 frozen for Customer QA review | | | | | | CLAIM | 03 | | |
| 04/09/2015 | Referral to Senior | BRONSON, EILEEN M. | | Senior Review | COOPER T. BURNETT | | | | | | Beneficiary | 02 | | |
| 04/09/2015 | Mail Received | Borelli, Andrew | | No Action | to review the letter to attny no coverage for his client | Low | | | | | | 01 | 04/10/2015 | Borelli, Andrew |
| | | | | | 4/7 - RECD LETTER FROM ATTY YOUNG ADVISING THAT THERE'S NO ESTATE PROCEEDING. ATTY AGAIN REQUESTING PROCEEDS PAID TO HIS CLIENT. SENT TO TEAM. DRAFT AND REFER RESPONSE LETTER. REITERATE TO ATTY THAT HIS CLIENT'S CLAIM WAS ALREADY DENIED AND UPHELD. GIVE DATES OF THE LETTERS, AND AS A COURTESY INCLUDE A NEW COPY OF THE UPHOLD LETTER WITH THE REFERRAL RESPONSE. APOLOGIZE FOR ANY CONFUSION ABOUT THE QUESTION OF THE ESTATE (AS WE CALLED MR. YOUNG'S OFFICE TO ASK ABOUT IT AT DIRECTION OF SENIOR EXAMINER). | | | | | | | 02 | | |
| 04/08/2015 | Payment sent for Countersignature | Munda, Melisa | | Process Payment | TO UL 3 FOR COSIGN | Low | | | | | | 01 | 04/09/2015 | CONNORS, DANIEL |
| 04/07/2015 | Payment sent for Countersignature | BRENNAN, AMY L. | | Further Review Needed | TO COSIGN QUEUE | Low | | | | | | 10 | 04/08/2015 | Munda, Melisa |
| 04/07/2015 | Grandfather/PIOS/Richa checked | BRENNAN, AMY L. | | No Action | pios- no match | | | | | | | 09 | | |

MET/CRAWFORD 00813

https://sjsc.prod.bios.netlife.com/submit

5/19/2016

**APP.098**

| | | | | |
|---|---|---|---|---|
| ☐ 04/07/2015 Internet Search Completed | BRENNAN, AMY L. | No Action | texas- no match-201598-810903 | 08 |
| ☐ 04/07/2015 Email Received | BRENNAN, AMY L. | No Action | FROM ADMIN/LARRY ADVISES THAT ER DOES NOT HAVE DLW –HE CONFIRMS THAT SHE MET THE AAW REQUIREMENTS AT THE TIME OF HER DEATH | 07 |
| ☐ 04/07/2015 E mail sent on a claim | BRENNAN, AMY L. | Further Review Needed | TO ADMIN LARRY MCGUIRE TO VERIFY THE DLW AS EE WAS INPATIENT ON DC AND DLW SHOWS DAY BEFORE DEATH   Low | 08 |
| ☐ 04/07/2015 Returned to Claim Examiner | Borelli, Andrew | Further Review Needed | I discussed this claim with UL Pati Casey today. We do not need to send a separate denial for the Estate. Apparently no Estate exists at this time, and as we didn't know who the letter of 2/6/2015 came from, we encompassed our denial of Jayson Crawford?s claim as well as the Estate?s claim in our uphold denial letter. We can proceed with review of the claim for payment if we have everything else we need, and if Jayson Crawford files an Estate claim we can address with him via his attorney at that time. Thank you.   High | 05 |

MET/CRAWFORD 00814

5/19/2016

APP.099

**Claim Comments List**

** TO VIEW MORE DATA - SELECT MORE**

Insured Name: TRACY CRAWFORD
Insured SSN: 468139988
Employee ID: 00468139959
MBA Number:

Claim Number: 21412010327
Customer Name: SOUTHWEST AIRLINES
Dependent Name:
Team Code: A

Special Handling Required?: YES

Claim Number: 21412010327

Claim Alert: JAYSON CRAWFORD IS BEING REPRESENTED BY ATTY PLEASE SEE PAGE 92 HOTVIEW

Activity Date: 03/30/2015            Sequence Number: 1

Complex Claim  ⊙Yes  ○No            Divorce (lival) (CR)

| Activity Date | Activity | Created By | Call-Up Date | Call-Up Action | Claim_Contact_History_Comments_Review | Prty | Contact Name | Relationship | Contact Phone | Call Type | Assoc To Claim | Seq Nbr | Date Closed | Closed By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/07/2015 | In coming call on a claim | Murinka, Kathleen | | No Action | ADVISED THAT WE NEED ESTATE PAPERS HE WILL BE OBTAINING THEM FROM COURT AND WILL FAX IN AS SOON AS HE RECEIVES IT | | JAYSON | Spouse | | Information provided | Claim | 04 | | |
| 04/07/2015 | In coming call on a claim | Byrne, Zachary | | No Action | REITERATED SAME THING IN HER LAST CALL. STTD SHE JUST WANTED TO CLARIFY, INFO RECVD DURING APPEAL PERIOD, CLAIM CURR UNDER REVIEW. SHE UNDERSTOOD. | | MANDY | Guardian | 7132470348 | Status - Appeal Period | Claim | 03 | | |
| 04/07/2015 | Informational | BRONSON, EILEEN M. | | No Action | per discussion with andrew he will be handling this today imago on call up to amy's queue | | | | | | | 02 | | |
| 04/07/2015 | Informational | Borelli, Andrew | | Further Review Needed | FURTHER REVIEW NEEDED FOR LETTER. | Low | | | | | | 01 | 04/07/2015 | Borelli, Andrew |
| 04/02/2015 | In coming call on a claim | Clarey-Turner, Amy | | No Action | CHECKING ON STATUS. ADV CALLER PER EXAMINER PER INFO WE HAVE RCVD DURING APPEAL PERIOD THAT THERE POTENTIALLY MAY BE ANOTHER DENIAL WHICH COULD CAUSE ANOTHER APPEAL PERIOD. ADV THAT THIS IS STILL IN REVIEW AT THIS TIME AND CANNOT CONFIRM FOR CERTAIN THAT WILL OCCUR, HOWEVER WE MAY HAVE MORE INFO WITHIN A FEW MORE BUSINESS DAYS PER CALLUP. CALLER UNDERSTOOD. | | MANDY | Guardian | 7132470348 | Status - Appeal Period | Claim | 02 | | |
| 04/02/2015 | Informational | Mays, Rebecca | | No Action | We received appeal response and appears another denial letter is being drafted | | AMY | Reviewer | | | | 01 | | |
| 04/02/2015 | Referral to Senior | BRENNAN, AMY L. | | Further Review Needed | TO SENIOR TO REVIEW DRAFTED INITIAL DENIAL LETTER FOR CLAIM MADE BY ATTORNEY J MICHAEL YOUNGS CLIENT JAYSON ON BEHALF OF THE ESTATE ASKED IF HE IS AWARE OF WHO IS NAMED AS ESTATE REP. HE STATES THERE MAY BE A PROBATE PENDING BUT HE IS NOT | Low | | | | | | 02 | 04/07/2015 | Borelli, Andrew |

MET/CRAWFORD 00815

5/19/2016

https://sisc.prod.bios.metlife.com/submit

**APP.100**

| Date / Type | User | Action | Notes | Contact | Info | Code | Date / User |
|---|---|---|---|---|---|---|---|
| 04/02/2016 Out Going Call | BRENNAN, AMY L. | No Action | AWARE OF WHO ESTATE REP WOULD BE AND COULD LET US KNOW IF HE FINDS OUT. I ADVISED HIM THAT WE RECEIVED AN UNSIGNED LETTER FAXED 02/04/2016 THAT IS MAKING A CLAIM BY THE ESTATE AND HE STATES THAT IT MAY HAVE BEEN HIS CLIENT PRIOR TO HIM BEING RETAINED. ASKED IF IT IS OK FOR US TO ADDRESS THIS CLAIM TO HIM HE SAID YES THAT IS OK. | MICHAEL YOUNG Attorney J | 9038928133 Information provided Claim | 01 | 04/02/2015 BRENNAN, AMY L. |
| 03/31/2016 Letter Sent | BRENNAN, AMY L. | Follow Up Letter | Request for missing documents from JAYSON CRAWFORD Estate Papers Issued | Low | | 01 | 04/02/2015 BRENNAN, AMY L. |
| 03/30/2016 Letter Sent | SYSTEM | No Action | BGP01 letter sent to JAYSON CRAWFORD LETTER SENT TO:114 14TH STREET GALVESTON TX US 77550 | | | Beneficiary 05 | |
| 03/30/2016 Informational | BRENNAN, AMY L. | Further Review Needed | CALL UP FOR PHONE CALL | Low | | 04 | 04/02/2015 BRENNAN, AMY L. |
| 03/30/2016 | BRENNAN, AMY L. | No Action | | | | 03 | |
| 03/30/2016 Out Going Call | BRENNAN, AMY L. | No Action | LEFT MESSAGE- IN REGARD TO CLAIM MADE BY ESTATE ON PAGE 36-NEED TO FIND OUT WHO WROTE THIS LETTER AND OBTAIN THE ESTATE PAPERS TO ADDRESS THE CLAIM MADE BY ESTATE PROPERLY | JAYSON? Spouse | 2619018838 Information provided Claim | 02 | |

# Claim Comments List

** TO VIEW MORE DATA - SELECT MORE**

Insured Name: TRACY CRAWFORD
Insured SSN: 459139989
Employee ID: 00466139969
MMA Number:

Claim Number: 21412010327
Customer Name: SOUTHWEST AIRLINES
Dependent Name:
Team Code: A

Special Handling Required?: YES

Claim Number: 21412010327

Sequence Number: 2

Activity Date: 03/20/2015

Claim Alert JAYSON CRAWFORD IS BEING REPRESENTED BY ATTY PLEASE SEE PAGE 92 NOTVIEW

Complex Claim ⊙Yes ○No     Divorce (trval) (CR)

| Activity Date | Activity | Created By | Call-Up Date | Call-Up Action | Claim_Contact_History_Comments_Review | Prty | Contact Name | Relationship | Contact Phone | Call Type | Assoc To Claim | Seq Nbr | Date Closed | Closed By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/30/2015 | Letter Sent | BRENNAN, AMY L. | No Action | | PEND LETTER TO ATTORNEY DENNIS SLATE WHO REPRESENTS MANDY MACE ON BEHALF OF COOPER BURNETT | | | | | | | 01 | | |
| 03/26/2016 | In coming call on a claim | Murinka, Kathleen | No Action | | MOTHER OF MINOR BENE ADVISED APPEAL PERIOD EXPIRED AND UNDER REVIEW | | MANDY | Family member | | Status – Payment | Claim | 02 | | |
| 03/20/2015 | Returned to Claim Examiner | Borelli, Andrew | Further Review Needed | | The attorney?s (Young) initial ifnal letter of January 16 (pages 6, 7) don?t refer to the Estate. Young was representing Crawford in that letter. Our denial (27, 28) was strictly in relation to Young?s representation of Crawford. The fact that came in on 2/8/2015 (pages 29, 30, 31) does not appear to come from Young?s office. The tone is certainly not unlike an attorney?s letter, but the address doesn?t match Young?s. The letter is unsigned and the sender unidentified. I ran the address online, and this appears to be a private home where the insured lived; possibly, the letter is from the spouse, Young?s appeal letter (pages, 35, 36, 37) again demands payment to Jayson Crawford. The Estate is not mentioned. Our uphold letter to Young of March 23rd (pages 87, 88) indicate to Young that his clients are Jayson Crawford and the Estate of Tracy Crawford, but as far as I can see we do not have any Estate papers, and we do not know who if anyone is representing the Estate. Please find out from Young?s office if his client is the representative of the Estate; if he is, request a copy of the letters of representation. If the spouse sent the letter of 2/8/2015 and doesn?t represent the Estate, he cannot pursue a claim on the Estate? s behalf, regardless of whether the Estate is payable or not, which it is not. In the meantime, please send a pending letter to Dennis Slate, | High | | | | | | 01 | 03/30/2015 | BRENNAN, AMY L. |

MET/CRAWFORD 00817

**APP.102**

MANDY  Niece    7132470348    Status - Under Review    Claim  01

| | Date | Activity | Name | Action | Notes | Priority | Seq | Date | Reviewer |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 03/25/2015 | Incoming call on a claim | Markis, James | No Action | who represents the minor bene?s guardian, as payment otherwise could have been made when the uphold was sent. PARENT OF MINOR BENE COOPER. CHECKING STATUS OF PAYMENT. ADVISED WHEN PAID WOULD BE IN MINOR ON DEPOSIT ACCT. AT WICH TIME SHE INDICATED SHE WAS TOLD PAYMENT COULD BE MADE NOW VS WHEN COOPER TURNS 18. REVIEWED FILE AND ON PAGE 46 ADN 47 IN HOTVIEW- CONSERVATORSHIP PROVISION OF DIVORCE DECREE PER SR QUALIFIES CLAIM STILL IN REVIEW AT THIS TIME | | | | |
| ☐ | 03/24/2015 | Referral to Senior | BRENNAN, AMY L. | Further Review Needed | DRAFTED DENIAL TO SENIORS FOR REVIEW OF INITIAL DENIAL FOR CLAIM MADE BY ESTATE. SEE PAGE 43 FOR REFERRAL RESPONSE | Low | 06 | 03/26/2015 | Borelli, Andrew |
| ☐ | 03/24/2015 | Returned to Claim Examiner | Indolf, David | Further Review Needed | although upheld has been sent for jayson, estate has made a claim to the benefits, previously we indicated we may send initial denial to estate, prior to payment, please rush refer to review claim made by the estate. | Low | 05 | 03/24/2015 | BRENNAN, AMY L. |
| ☐ | 03/24/2015 | Payment sent for Countersignature | BRONSON, EILEEN M. | Potential Payment | to sr to co sign as rush | Low | 04 | 03/24/2015 | BRENNAN, AMY L |
| ☐ | 03/24/2015 | Informational | BRONSON, EILEEN M. | No Action | per csin no match | | 03 | | |
| ☐ | 03/24/2015 | Mail Received | Cardinale, Craig | Further Review Needed | RECEIVED C4S FOR COOPER & D/C FOR TRACY ON 03/23/2015 | Low | 02 | 03/24/2015 | BRONSON, EILEEN M. |
| ☐ | 03/24/2015 | Mail Received | Zangilli, Ray | No Action | 3/23 D/C AND CLAIM FORM TO REVIEWERS | | 01 | | |
| ☐ | 03/23/2015 | Informational | BRENNAN, AMY L. | No Action | CS IS STILL NEEDED FOR NAMED BENE/COOPER | | 03 | | |
| ☐ | 03/23/2015 | Claim alert removed | BRENNAN, AMY L. | No Action | | | 02 | | |
| ☐ | 03/23/2015 | Letter sent - Denial | COPPERWHEAT, TIM D. | No Action | Uphold Denial to atty | | 01 | | |

Claim Comments List

** TO VIEW MORE DATA - SELECT MORE **

| | | Insured Name: | TRACY CRAWFORD | | Claim Number: | 2141201027 |
| | | Insured SSN: | 454139969 | | Customer Name: | SOUTHWEST AIRLINES |
| | | Employee ID: | 00456139969 | | Dependent Name: | |
| | | M&A Number: | | | Team Code: | A |

Special Handling Required?  YES

Claim Number: 2141201027          Activity Date: 03/06/2015          Sequence Number: 2

Claim Alert: JAYSON CRAWFORD IS BEING REPRESENTED BY ATTY PLEASE SEE PAGE 92 IN OVERVIEW

Complex Claim  ⦿Yes ○No     Divorce (Well) (CR)  ▼

MET/CRAWFORD 00819

| Activity Date | Activity | Created By | Call-Up Date | Call-Up Action | Claim_Contact_History_Comments_Review | Prty | Contact Name | Relationship | Contact Phone | Call Type | Assoc To Claim | Seq Nbr | Date Closed | Closed By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ 03/20/2015 | Referral to Senior | BRENNAN, AMY L. | | Further Review Needed | TO SENIOR TO REVIEW DRAFTED UPHOLD | Low | | | | | | 02 | 03/20/2015 | BRENNAN, AMY L. |
| ☐ 03/20/2016 | Returned to Claim Examiner | COPPERWHEAT, TIM D. | | Draft Denial | Appeal review - Uphold denial to spouse. Confirmed the prior designations were not revoked. No such language in the plan. Language states going forward (2016) they do electronic designations and not prior paper. Does not invalid prior paper. Obit: http://www.galvnews.com/obituaries/article_56871708-8636-11e4-9442-4f71f1aab23e.html | Low | | | | | | 01 | 03/20/2015 | BRENNAN, AMY L. |
| ☐ 03/18/2015 | Informational | COPPERWHEAT, TIM D. | | No Action | TO SENIOR TO REVIEW INFORMATION PROVIDED FROM ADMIN.LARRY MCGUIRE THAT PAPER BENE'S WERE NOT VOIDED IF NO BENE ELECTED ONLINE | Low | | | | | | 01 | | |
| ☐ 03/17/2015 | Referral to Senior | BRENNAN, AMY L. | | Further Review Needed | HI Amy I am returning to you to continue with your review and refer to confirm with review of the appeal. ADMIN confirmed if there is no designation completed online, it reverts back to the paper designation, they were not considered no longer valid. Thanks Becky | Low | | | | | | 01 | 03/20/2015 | COPPERWHEAT, TIM D. |
| ☐ 03/16/2015 | Returned to Claim Examiner | BROWN, REBECCA A. | | Further Review Needed | Hi Larry, I'm following to see if you found out on any communications. Your email below indicated you were checking on any communications that may have been sent. Please advise Thanks Becky | Low | | | | | | 02 | 03/17/2015 | BRENNAN, AMY L. |
| ☐ 03/16/2015 | Life Claim Inquiry Response Sent | BROWN, REBECCA A. | | Follow Up Life Claim Inquiry | Hi Larry, I'm following to see if you found out on any communications. Your email below indicated you were checking on any communications that may have been sent. Please advise Thanks Becky | Low | | | | | | 01 | 03/18/2015 | BROWN, REBECCA A. |
| ☐ 03/13/2015 | In coming call on a claim | Sexton, Colleen | | No Action | confirmed we recieved appeal letter advised still in review will respond to his office once we have made determination | | MICHAEL YOUNG | Attorney | | Reviewer Transferred Claim Call | 02 | | |
| ☐ 03/13/2015 | In coming call on a claim | Klussear, Brandon N. | | No Action | checking on his appeal letter transferred to examiner as is an atty | | MICHAEL YOUNG | Attorney | 9038928133 | Status - Appeal Period | Claim | 01 | | |
| ☐ 03/11/2015 | Life Claim Inquiry Response Received | BROWN, REBECCA A. | | No Action | Amy No, If there is no bene on listed online with MetLife we revert back to the paper form that SWA had on file prior to the transition. I am double checking any communications. Thanks Larry O. McGuire Hi Larry, Thank you for your response. Our question is, the designation in 2008 that names Cooper, was this designation revoked or considered no longer valid | | | | | | | 03 | | |

https://sisc.prod.bios.metlife.com/submit

**APP.104**

☐ 03/11/2015 Life Claim Inquiry Response Sent — BROWN, REBECCA A. — Follow Up Life Claim Inquiry — Low

when the customer went to online beneficiary designations. If so, was there a communication sent to the insured advising the prior designations would no longer be valid if so, can we be provided with a copy of the letter. I am showing the LCI is in your ?My work? and that you opened the task on 3/10/2015 and you made a note in the note tab? Please advise Thanks Becky

02   03/10/2015   BROWN, REBECCA A.

☐ 03/11/2015 Life Claim Inquiry Response Received — BROWN, REBECCA A. — No Action

Good Afternoon I do not show any outstanding LCI?s, and I have answered this question in the past. There are no other home forms with MetLife or with SWA. Thanks Larry D. McGuire

01

☐ 03/10/2015 In coming call on a claim — Gonzales, Barbara — No Action — MANDY — Ex-spouse

YES WE DID RECD DOCS, SENT RESPONCE TO ATTY

Status – Verify if Documents Received   Claim   02

☐ 03/10/2015 Life Claim Inquiry Response Sent — BROWN, REBECCA A. — Follow Up Phone Call — Low

Follow-up email sent to Larry McGuire for a status update.

01   03/11/2015   BROWN, REBECCA A.

MET/CRAWFORD 00820

Claim Comments List

**TO VIEW MORE DATA - SELECT MORE**

| | |
|---|---|
| Insured Name: | TRACY CRAWFORD |
| Insured SSN: | 468139959 |
| Employee ID: | 00468139959 |
| M&A Number: | |

| | |
|---|---|
| Claim Number: | 21412010327 |
| Customer Name: | SOUTHWEST AIRLINES |
| Dependent Name: | |
| Team Code: | A |

Special Handling Required?: YES

Claim Number: 21412010327    Activity Date: 02/18/2015    Sequence Number: 3

Complex Claim: ● Yes ○ No

Claim Alert: JAYSON CRAWFORD IS BEING REPRESENTED BY ATTY PLEASE SEE PAGE 02 HOTVIEW

Divorce (final) (CR)    [Refresh]

| Activity Date | Activity | Created By | Call-Up Action | Call-Up Date | Follow Up Action | Claim_Contact_History_Comments_Review | Prty | Contact Name | Relationship | Contact Phone | Call Type | Assoc To Claim | Seq Nbr | Date Closed | Closed By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ 03/05/2015 | Life Claim Inquiry | BROWN, REBECCA A. | | | Follow Up Life Claim Inquiry | Email sent to Larru McGuire: HI Larry, Please provide a status update on a LOI for Tracy Crawford-Southwest Airlines-claim number 21412010327-LCI ID# 40942 We are currently reviewing an appeal based on a denial to a party not the named beneficiary. We need to know if the beneficiary designation that is attached in MPM dated 04/28/2008 naming Cooper the great nephew was revoked or considered no longer valid once the customer went to online designations. If so, was there a written communication sent to the employees regarding this. If so, are they able to provide that actual letter sent to the insured or a copy of the generic letter that was sent. Please advise. As we have an appeal, we need an answer so we can continue with the appeal review Thanks Becky | Low | | | | | | 02 | 03/10/2015 | BROWN, REBECCA A. |
| ☐ 03/05/2016 | E mail sent on a claim | BRENNAN, AMY L. | | | Further Review Needed | ESCALATING TO MAILBOX AS THERE IS NO RESPONSE FROM LARRY/ADMIN | Low | | | | | | 01 | 03/05/2015 | BROWN, REBECCA A. |
| ☐ 03/02/2016 | Letter Sent | BRENNAN, AMY L. | | | Follow Up Letter | Request for missing documents from GUARDIAN OF COOPER BURNETT Death Certificate Insured, Claimant Statement Auto TOA | Low | | | | | | 01 | 03/24/2015 | BRONSON, EILEEN M. |
| ☐ 02/28/2015 | Letter Sent | SYSTEM | | | No Action | BGP01 letter sent to GUARDIAN OF COOPER BURNETT LETTER SENT TO:C/O DENNIS SLATE ATTORNEY AT LAW-112 E FORREST DEER PARK TX US 77536 | | | Beneficiary 01 | | | | | | |
| | Life | BRENNAN, | | | Further | | | | | | | | | | BRENNAN, |

MET/CRAWFORD 00821

https://sisc.prod.bios.metlife.com/submit

5/19/2016

| | Date | Action Type | Name | Status | Description | Priority | Seq | Date | Name |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 02/27/2015 | Claim Inquiry | AMY L. | Review Needed | STATUS TO ADMIN/LARRY MCGUIRE | Low | 03 | 03/05/2015 | AMY L. |
| ☐ | 02/27/2015 | Reverse Decision | CASEY, PATTI A. | No Action | awaiting additional info. | | 02 | | |
| ☐ | 02/27/2015 | Mail Received | Cardinale, Craig | Further Review Needed | RECEIVED DIVORCE DOCS ON 02/26/2015 | Low | 01 | 02/27/2015 | BRENNAN, AMY L. |
| ☐ | 02/25/2015 | Letter Sent | ONLY, BATCH | Approver Review | Request for missing documents from COOPER T BURNETT Death Certificate Insured, Claimant Statement Auto TGA | Low | 01 | 02/27/2015 | BRENNAN, AMY L. |
| ☐ | 02/24/2015 | Letter Sent | SYSTEM | No Action | BGP02 letter sent to COOPER T BURNETT LETTER SENT TO:10243 CATLETT LN C/O MANDY BURNETT LA PORTE TX US 77571 | | Beneficiary 01 | | |
| ☐ | 02/20/2015 | Life Claim Inquiry | BRENNAN, AMY L. | Further Review Needed | LCI TO ADMIN LARRY MCGUIRE/NICHOLAS MELILLO ASKING IF THE BENE FORM HERE THAT I HAVE ATTACHED DATED 04/2008 WAS EVER REVOKED DUE TO ONLINE BENE'S. IF SO, WE NEED THE COMMUNICATION TO THE EMPLOYEES W DATES ETC. | Low | 01 | 02/27/2015 | BRENNAN, AMY L. |
| ☐ | 02/19/2015 | Returned to Claim Examiner | Rose, Charles | Further Review Needed | PER APPEALS, WE NEED TO CONFIRM WITH ADMIN THAT THE PREVIOUS DESIGNATIONS WEREN'T REVOKED. ONCE THEY CONFIRM THAT, THEN WE ARE GOING TO UPHOLD THE DENIAL TO THE SPOUSE. AS THE ESTATE IS ALSO MAKING A CLAIM, ONCE ADMIN CONFIRMS THAT PRIOR DESIGNATIONS WEREN'T REVOKED, THEN WE CAN ALSO DRAFT A DENIAL LETTER TO THE ESTATE AND GIVE APPEAL RIGHTS. | Low | 02 | 02/20/2016 | BRENNAN, AMY L. |
| ☐ | 02/19/2015 | Appeal Received | Rose, Charles | No Action | DISCUSSED IN APPEALS, PER APPEALS, PLEASE CONFIRM WITH ADMIN THAT PREVIOUS DESIGNATIONS WERE NOT REVOKED ONCE METLIFE TOOK OVER AS RK. IF ADMIN CONFIRMS THEN PER APPEALS WE WILL UPHOLD THE DENIAL. | | 01 | | |
| ☐ | 02/18/2015 | Mail Received | FLEMING, KAY D. | No Action | 2/18 DUPE ATTNY LETTER RECD AND ARCHIVED. | | 04 | | |

MET/CRAWFORD 00822

5/19/2016

APP.107

**Claim Comments List**

** TO VIEW HIDE DATA - SELECT HERE**

Insured Name: TRACY CRAWFORD
Insured SSN: 459139969
Employee ID: 00405139969
M&A Number:

Claim Number: 21412010337
Customer Name: SOUTHWEST AIRLINES
Dependent Name:
Team Code: A

Claim Number: 21412010337

Complex Claim: ⦿Yes  ○No

Claim Alert: JAYSON CRAWFORD IS BEING REPRESENTED BY ATTY. PLEASE SEE PAGE 92 HOTVIEW

Activity Date: 02/26/2016

Special Handling Required?: YES

Sequence Number: 1

Claim_Contact_History_Comments_Review

Choose (Draft) (OR)

| Activity Date | Activity | Created By | Call-Up Date | Call-Up Action | Comment | Prty | Contact Name | Relationship | Contact Phone | Call Type | Asso To Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/26/2016 | Appeal Received | Rose, Charles | | No Action | holding for appeals | | | | | | |
| 02/26/2016 | Informational | Rose, Charles | | No Action | found mother of the named kids on account: Nerea - MANDY M BURNETT MANDY N BURNETT MANDY MACE MANDY N MACE MANDY N MACE/LE MACE Gender - Female 8439 SUGAR CREEK DR LA PORTE, TX 77571-2220 SSN(x) - xxx-xx-8090 LexID - 157247919 DOB/Age - 06/27/1976 (39) Dates - Jun 2003 - Jan 2016  link to cert: http://intelligodcwzadocOcellgoDMSRfwallink.exxn/sich/2001/0291146/1/0820/49#1982/412/10/14/0508#/11051580/1/10630801/16/10/08/000/08070_-_Southwest_Airlines_Co._.._Card_%2EDA_Elte_Lile_ADD_-_BenefitsPlus_PlanRx3a_01-01-14.pdf? noteId=165774000&version=2 | | | | | | |
| 02/16/2016 | Informational | BREHNAN, AMY L. | | No Action | TO SENIORS TO REVIEW APPEAL OF THE FIRST DENIAL MADE TO THE SPOUSE SENT IN BY THE ATTORNEY. ALSO INCLUDED DRAFTED LETTER (INITIAL) FOR THE CLAIM MADE BY THE ESTATE. | Low | | | | | |
| 02/16/2016 | Referral to Senior | Rose, Charles | | Further Review Needed | TO AMY: I see that we received an appeal letter from the same attorney since you sent over the attached denial for the Estate. So, I am sending this back to you. Please review all the documents at once and refer over as an appeal. We can bring this to appeals and address both | Low | | | | | |
| 02/15/2016 | Returned to Claim Examiner | Rose, Charles | | Further Review Needed | letters at once. | Low | | | | | |
| 02/15/2016 | | Rose, Charles | | No Action | | | | | | | |
| 02/16/2016 | Informational | BREHNAN, AMY L. | | No Action | REFERRAL IN WITH SENIORS NOW TO ADDRESS AN UNSIGNED LETTER MAKING CLAIM TO THE ESTATE- INITIAL DRAFTED LETTER FOR DENIAL TO ESTATE WAS SENT FOR REVIEW SEE APPEAL DATED 02/16/2016 FROM ATTORNEY J MICHAEL YOUNG FROM THE DENIAL WE INITIALLY MADE TO THE SPOUSE JAYSON. IF THIS NEEDS A SEPARATE REFERRAL FOR APPEALS RAISED ON THE INITIAL LETTER TO JAYSON, PLEASE ADVISE. | | | | | | |
| 02/12/2016 | Mail Received | Longo, Jason | | No Action | 2/11/2016 ATTORNEY LETTER APPEALING THE DENIAL TO JAYSON. TO YEAM FOR REVIEW AND REFERRAL TO SENIORS | | | | | | |
| 02/10/2016 | Fax sent | Jubilaud, Lauren | | No Action | | | | | | | |
| 02/10/2016 | Incoming call on a claim | Jubilaud, Lauren | | No Action | adv of denial letter set out. adv client is not the bene- adv of appeal periods- he never recd denial will fax to him at 903 692 4502. also appears additional info recd and on review | | MICHAEL YOUNG | Attorney | | Status Appeal Parbd | Claim |
| 02/09/2016 | Incoming call on a claim | HART, KRISTINA | | No Action | WAITED TO KNOW WHY WE DO NOT REVIEW THE PLANS THE EMPLOYEES ARE GIVEN BY THE FIRM. ADVISED WE CAN ONLY SPEAK TO HIS ATTORNEY IN REGARDS TO THIS CLAIM. HE WILL HAVE THEM CONTACT US. | | JAYSON | Spouse | | Status Under Review | Claim |
| 02/09/2016 | Referral to Senior | BREHNAN, AMY L. | | Further Review Needed | TO SENIOR TO REVIEW THE 2ND INITIAL DENIAL FOR ESTATE CLAIM | Low | | | | | |
| 02/09/2016 | Returned to Claim Examiner | FLEMING, KAY D. | | Draft Denial | This letter is not signed, however states it is from the Estate of Tracy Crawford. We have no documentation to show who the Est rep is. Agree to draft an inital denial to the atny on behalf of the Estate. The section about state law governing in the Plan Doc is for privacy laws. The Plan also states it is no longer accepting paper designation. It does not state we are no longer honoring the designations already on file. Draft an inital appeal and refer to the sre for review. | Low | | | | | |

**MET/CRAWFORD 00823**

5/19/2016

Claim Comments List

** TO VIEW MORE DATA - SELECT MORE **

| | Claim Number: 21412/10327 |
| Insured Name: TRACY CRAWFORD | Customer Name: SOUTHWEST AIR |
| Insured SSN: 455139859 | Defendant Name: |
| Employee ID: 0045013959a | Team Code: A |
| M&A Indicator: | |

Claim Number: 21412/10327

Activity Date: 01/21/2015    Special Handling Required?: YES

Complex Claim ● Yes ○ No    Claim Alert [JAYSON CRAWFORD IS BEING REPRESENTED BY ATTY PLEASE SEE PAGE 8X NOTVIEW]

Divorce (find) (CR)    ✓ SUBMIT

| Activity Date | Activity | Created By | Call-Up Date | Call-Up Action | Claim_Contact_History_Comments_Review | Prty | Contact Name | Relationship |
|---|---|---|---|---|---|---|---|---|
| 02/20/2015 | Referral to Senior | BRENNAN, AMY L. | | Further Review Needed | TO SENIOR TO REVIEW/UNSIGNED LETTER WHICH APPEARS TO BE WRITTEN FROM SPOUSE MAKING A CLAIM FOR HIMSELF OR THE ESTATE DATED 02/04/15 NEED TO KNOW IF TREATING AS NEW CLAIM BY ESTATE OR REFER TO HIS ATTORNEY RAISED ON DENIAL DATED 02/02/2015 AS HE IS BEING REPRESENTED BY COUNSEL. | Low | | |
| 02/20/2015 | Claim alert | BRENNAN, AMY L. | | No Action | APPEAL UP 04/19/2016 | | | |
| 02/02/2015 | Letter sent - Denial | BRENNAN, AMY L. | | If no appeal, continue processing | DENIAL LETTER TO ATTORNEY YOUNG/CLIENT JAYSON CRAWFORD TO ADVISE THAT THERE WAS A VALID BENEFICIARY DESIGNATION ON FILE THAT DID NOT NAME JAYSON AND SINCE HE WAS NOT NAMED AS BENE AND THERE WAS A VALID BENEFICIARY DESIGNATION ON FILE HE WOULD NOT BE PAYABLE OR ELIG IN LCS. | Low | | |
| 01/01/2016 | Returned to Claim Examiner | BROWN, REBECCA A. | | Send Letter | Returned denial letter to examiner for mailing. | Low | | |
| 01/28/2015 | Letter Sent | BRENNAN, AMY L. | | Follow Up Letter | Request for missing documents from COOPER T BURNETT Death Certificate Insured, Claimant Statement Auto TOA | Low | | |
| 01/28/2015 | Letter Sent | SYSTEM | | No Action | BGP01 letter sent to COOPER T BURNETT LETTER SENT TO:10249 CATLETT LN C/O MANDY BURNETT LA PORTE TX US 77571 | Low | | |
| 01/28/2015 | Referral to Senior | BRENNAN, AMY L. | | Further Review Needed | TO SENIOR TO REVIEW/DRAFTED LETTER | Low | | |
| 01/23/2015 | In coming call on a claim | Brennan, Colleen | | No Action | confirmed receipt of docs advised being review and we would advise by solict once review is complete | Low | | |
| 01/23/2015 | Internet Search Completed | BRENNAN, AMY L. | | No Action | Place: http://calligandexcavatec/CalligoDMG8/volink.exe/index/2201/12081149/18824/8//18824//215:10330/8/16/050/0121/615050/220/HW_SP0_mtd_year_2014_09_01.pdf? nodab=169802891&venium=2 | MICHAEL YOUNG | Attorney | 9 |
| 01/23/2015 | International | Longo, Jason | | No Action | RE ASSIGNED TO AMY BRENNAN | | | |
| 01/23/2015 | Returned to Claim Examiner | Longo, Jason | | Draft Denial | TO EILEEN: The only bene designation on file is from 2008 naming Cooper Burwell. This Plan is ERISA regulated and MetLife's obligation is to the designated beneficiary. Draft a denial to the spouse as not the named beneficiary on file-the only beneficiary designation on file dated 4/25/2008. Letter should be addressed to the attorney for the spouse and indicate the SSA has no record of any online beneficiary change in 2011 naming the spouse for the Group Life benefit. Include perfection language to provide any evidence for the life insurance beneficiary was electronically changed in 2011 to support an appeal. | Low | | |
| 01/22/2015 | Referral to Senior | BRONSON, EILEEN M. | | Senior Review | to reiterate rival by spouse | Low | | |
| 01/21/2015 | E mail sent on a claim | BRONSON, EILEEN M. | | Follow Up email | to Scott/Mod in April, This Employee is Tracy Crawford The beneficiary form you have attached is cutting off the names of the beneficiaries and the name of the Insured, however, it's form does not look like it's the correct beneficiary form. The attached form is for Insured XXXXX Phillips not Tracy Crawford. Can you please double check this form and verify this is for any employee. | Low | | |

MET/CRAWFORD 00824

5/19/2016

APP.109

## Claim Comments List

**\*\* TO VIEW MORE DATA - SELECT MORE\*\***

| | |
|---|---|
| Insured Name: | TRACY CRAWFORD |
| Insured SSN: | Redacted |
| Employee ID: | 00455139959 |
| M&A Number: | |

Special Handling Required?: YES

| | | | |
|---|---|---|---|
| Claim Number: | 21412010327 | Activity Date: | 01/12/2015 |

Claim Alert | JAYSON CRAWFORD IS BEING REPRESENTED BY ATTY PLEASE SEE PAGE

Complex Claim  ⦿Yes  ◯No    Divorce (rival) (CR) ⌄  **Refresh**

| | Activity Date | Activity | Created By | Call-Up Date | Call-Up Action | Claim_Contact_History_Comments_Review | Prty | Contact Name |
|---|---|---|---|---|---|---|---|---|
| ☐ | 01/22/2015 | Referral to Senior | BRONSON, EILEEN M. | | Senior Review | to reivew rival by spouse | Low | |
| ☐ | 01/21/2015 | E mail sent on a claim | BRONSON, EILEEN M. | | Follow Up email | to southfield re April, The Employee is Tracy Crawford The beneficiary form you have attached is cutting off the names of the beneficiaries and the name of the insured, however, this form does not look like it?s the correct beneficiary form. The attached form is for insured XXXXX Phillips not Tracy Crawford. Can you please double check the form and verify this is for my employee. | Low | |
| ☐ | 01/21/2015 | E mail sent on a claim | BRONSON, EILEEN M. | | Follow Up email | to april for the bene form to be attached to the email as not in dit | Low | |
| ☐ | 01/21/2015 | Email Received | BRONSON, EILEEN M. | | No Action | from southfield re Hi Eileen, I have just uploaded the beneficiary form to you. We rec?d this form from the customer Southwest Airlines Thank you, April Fitzgerald | Group Insurance Administrator I US Life Claims Operations 25330 Telegraph Rd., Suite 440 | Southfield, MI | Low | |

https://sisc.prod.bios.metlife.com/submit

APP.110

| | | | | 48033 | ( Office: 1-248-603-8040 )| afitzgerald@metlife.com | |
|---|---|---|---|---|---|
| ☐ 01/20/2015 | E mail sent on a claim | BRONSON, EILEEN M. | Follow Up email | to southfield april fitzgerald re April, The system indicates you are the contact in Southfield for this claim. We have a rival on this claim and there are questions regarding the beneficiary form on file for this claim. Can you please send me the beneficiary designation form on file for this claim? We need the most recent beneficiary form and also any designation forms on file that may name a Jayson Crawford spouse as the beneficiary. | Low |
| ☐ 01/16/2015 | In coming call on a claim | Murinka, Kathleen | No Action | REQUESTED FAX NUMBER TO SEND LETTER OF REP EXPLAINED TAT FOR FAXES | MICHAEL YOUNG |
| ☐ 01/15/2015 | Returned to Claim Examiner | Spaven, Annemarie | Further Review Needed | TO Eileen to reach to Southfield for designation. | Low |
| ☐ 01/15/2015 | E mail sent on a claim | BRONSON, EILEEN M. | Follow Up email | to ul a spave as a rush as no response from admin | Low |
| ☐ 01/14/2015 | In coming call on a claim | May, Michael | No Action | CALLER STATED THAT HE AND HIS WIFE REDID HER BFD IN OCT OF 2012 AND NAMED HIM AS THE SOLE, PRIMARY BENE. CALLER IS AWARE THAT SOMEONE ELSE IS NAMED BC THE ONLY INFO THE ER HAD WAS AN OLD PAPER DOC THAT WAS DONE BEFORE 2012. CALLER IS LOOKING TO TAKE LEGAL ACTION IF THE BFD DECISION IS UPHELD AND NO ELECTRONIC BFD DATA CAN BE FOUND. HE WILL FOLLOW UP WITH US ON FRIDAY AFTERNOON TO SEE IF THERE'S BEEN ANY PROGRESS. | JAYSON CRAWFORD |
| ☐ 01/13/2015 | In coming call on a claim | James, Jonathan | No Action | Caller is parent of a minor bene, asking if custodial guardianship will suffice, adv it does not and will require guardianship over property. | MANDY |
| ☐ 01/13/2015 | Life Claim Inquiry | BRONSON, EILEEN M. | Follow Up Life | last attempt to get docs from larry prior to escelation to ul | Low |

https://sisc.prod.bios.metlife.com/submit

| | | | Claim Inquiry | | |
|---|---|---|---|---|---|
| ☐ 01/13/2015 | In coming call on a claim | Di Fillippo, Heather | No Action | she is minor bene cooper's mother. explained minor on dep act/guardianship docs. she understands and is working on compelting docs | MANDY |
| ☐ 01/13/2015 | | Di Fillippo, Heather | No Action | | |

https://sisc.prod.bios.metlife.com/submit

**APP.112**

## Claim Comments List

```
** END OF LIST **
```

Insured Name: TRACY CRAWFORD
Insured SSN: Redacted
Employee ID: 00455139959
M&A Number:

Special Handling Required?: YES

Claim Number: 21412010327

Activity Date: 01/12/2015

Claim Alert JAYSON CRAWFORD IS BEING REPRESENTED BY ATTY PLEASE SEE PAGE 92

Complex Claim ⦿Yes ◯No     Divorce (rival) (CR) ▽     Refresh

| Activity Date | Activity | Created By | Call-Up Date | Call-Up Action | Claim_Contact_History_Comments_Review | Prty | Contact Name |
|---|---|---|---|---|---|---|---|
| ☐ 01/12/2015 | In coming call on a claim | Mezza, Dante | | No Action | ADV THAT WE HAVE RCVD THE LETTER AND IT IS BEING REVIEWED, GAVE TAT. | | JASON |
| ☐ 01/08/2015 | Life Claim Inquiry | BRONSON, EILEEN M. | | Follow Up Life Claim Inquiry | to larry for the bene form and to confirm no bene that names the spouse | Low | |
| ☐ 01/08/2015 | Correspondence Received | Mender, Beverly | | No Action | RECD LETTER FROM HUSBAND JAYSON INDICATING THAT HE SHOULD BE DESIGNATED BENEFICIARY AND DESIGNATION WAS CHNAGED. PER METLINK SUBNMISSION , IT LISTS A MINOR CHILD- COMPLEX FOR REVIEW | | |
| ☐ 01/08/2015 | Death Certificate Is Required | Singh, Narendra | | Approver Review | | High | |
| ☐ 01/07/2015 | Mail Received | Singh, Narendra | | Further Review Needed | RCVD OTHR DOC ON 01/06/2015. | High | |
| ☐ 01/06/2015 | Email Received | Spaven, Annemarie | | No Action | From: McGuire, Larry Sent: Tuesday, January 06, 2015 2:20 PM To: Spaven, Annemarie | | |

https://sisc.prod.bios.metlife.com/submit

APP.113

| | | | | Subject: FW: Tracy Crawford xxx-xx-9959 Annemarie, The husband is faxing in a letter to dispute the bene we show for this case. Thanks Larry D. McGuire\|National Accounts\|South Customer Unit | | |
|---|---|---|---|---|---|---|
| ☐ 01/06/2015 | In coming call on a claim | Swieton, Colleen | Send Letter | stated that he is rivaling claim - provided fax # to submit to us | Low | JASON CRAWFOR |
| ☐ 12/24/2014 | Claimant Statement Received Date Is Blank For Beneficiary | Webserver id, MetLink | Approver Review | | High | COOPER T BURNETT |

https://sisc.prod.bios.metlife.com/submit

**APP.114**